Form ntcdefi (01/2024)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:  Ronda Delapina McNae           Case No.: 26–10051–CMA
        Debtor(s).                     Chapter: 7

---

## NOTICE OF DEFICIENT FILING

## FOR INDIVIDUAL DEBTORS

**NOTICE IS HEREBY GIVEN TO THE DEBTOR(S)** that the above referenced case, filed on **January 8, 2026**, contains one or more filing deficiencies which must be corrected. **Failure to cure the deficiencies on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.

**REQUIREMENTS UNDER THIS SECTION ARE DUE BY:**

All requirements under this section have been met. Please review the section below for deficiency items due by the deadline provided.

**REQUIREMENTS UNDER THIS SECTION ARE DUE BY:**        **January 23, 2026**

Summary of Your Assets and Liabilities and Certain Statistical Information – Individual
Schedules A/B thru J
Statement of Financial Affairs
Chapter 7 Statement of Your Current Monthly Income and Means Test Calculation

**CREDIT COUNSELING REQUIREMENT:**

This requirement has been satisfied

**PAYMENT OF FEES:**

Visit the court's website at www.wawb.uscourts.gov to pay filing fees online or mail a cashier's check or money order, made payable to the U.S. Bankruptcy Court, to the address provided above. Personal checks and bill pay checks tendered for payment of filing fees will not be accepted from Debtors.

DATED: **January 9, 2026**

                                        Gina Zadra Walton
                                        Clerk of the Bankruptcy Court