Jasmine E. Salguero
Law Clerk to the Hon. Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

January 27, 2026

<u>**Via Mail**</u>

Ronda Delapina McNae
504 11th Pl
Kirkland, WA 98133

Re: *Ronda Delapina McNae*, Case No. 26-10051-CMA

Dear Ms. McNae:

    The Court received your Motion to Clarify, or in the Alternative, to Modify the Automatic Stay for the Limited Purpose of Continuation of a Fully Briefed Defensive Appeal filed on January 26, 2026 [ECF No. 21]. However, your Motion is not properly before the Court. Before the Judge takes any action on this matter, you need to properly note the motion for hearing on the Judge's hearing calendar and serve it on all parties in interest as required by the federal and local rules of bankruptcy procedure. You can view the Court's local rules and determine available calendar dates on the Court's website at http://www.wawb.uscourts.gov.

    Bankruptcy Rule 9003 and the Code of Judicial Conduct prohibit the Court from having ex-parte contact with a party concerning matters that may come before it. The court staff is barred from giving you any legal advice in this matter. The Court's records show you are unrepresented in this case. I strongly suggest that you contact an attorney to assist you in this matter.

Sincerely,

*Jasmine Salguero*

Jasmine E. Salguero
Law Clerk to the Honorable Christopher M. Alston