**FILED - WAWB**
**JAN 27 2026 6:59 PM**
**Gina Zadra Walton, Clerk of Court**

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>   RONDA MCNAE,<br><br>           Debtor. | CASE NO. 26-10051-CMA<br>Chapter 7<br><br>**DEBTOR'S NOTICE OF SUPPLEMENTAL FILING OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS** |

On January 26, 2026, Debtor attempted to file the full schedules and Statement of Financial Affairs. Due to a technical PDF merge error, only Schedule A/B appears on the docket. Debtor now files the remaining schedules and the Statement of Financial Affairs concurrently to complete the initial filing, and is not amending Schedule A/B.

Respectfully submitted,

DATED 27th day of January 2026, in Kirkland, WA.

/s/ Ronda McNae
Ronda McNae
Pro se, Debtor

504 11th Pl,
Kirkland, WA 98033

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2026, I caused a true and correct copy of the foregoing Debtor's Notice of Supplemental Filing of Schedules and Statement of Financial Affairs to be served as follows. All parties who are registered CM/ECF participants in this case will receive notice through the Court's CM/ECF Notice of Electronic Filing.

**Via CM/ECF:** Trustee, U.S. Trustee, and all CM/ECF participants in this case.

**Via U.S. Mail:** Each creditor added via Debtor's updated/supplemental creditor matrix filed on January 26, 2026, addressed as shown on that matrix; enclosed: (1) this Notice, and (2) the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines (11 U.S.C. § 341 notice).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED 27th day of January 2026, in Kirkland, WA.

/s/ Ronda McNae
Ronda McNae
Pro se, Debtor