UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
www.wawb.uscourts.gov

**FILED - WAWB**
**JAN 30 2026 11:31 AM**
**Gina Zadra Walton, Clerk of Court**

# AMENDMENT COVER SHEET

DEBTOR(S) LAST NAME __McNae__

CASE NUMBER __26-10051-CMA__    CHAPTER __7__

ATTORNEY FOR DEBTOR __pro se__    PHONE __(206) 914-6752__

See **Local Rule of Bankruptcy Procedure 1009-1: Amendments to Petition, Lists, Schedules and Statements** for additional information and noticing requirements.

## PLEASE CHECK WHAT IS BEING AMENDED

**\*ONLY ONE $34 FEE IS REQUIRED IF AN AMENDMENT CONTAINS MORE THAN ONE CHANGE TO THE SCHEDULES AND LIST OF CREDITORS. SUBMIT ORIGINAL ONLY – NO COPIES REQUIRED**

1. ☒ **PETITION -** Change a debtor(s) name requires Ex Parte Motion & Order (No fee required)

2. **MAILING MATRIX (LIST OF CREDITORS):**

    ☐ **Adding, Deleting Creditors (Requires $34 Fee)**

    ☐ **Changing the address of a creditor or an attorney for a creditor listed on the schedules or to adding the name and address of an attorney for a listed creditor. (No fee required)**

    **When submitting an amended matrix, send matrix with ONLY the amended creditors.** ECF filers are required to upload additional creditors into ECF by selecting Bankruptcy, Creditor Maintenance.

3. **SCHEDULES:** A declaration is required with **all** amended schedules. Form 106Dec-Declaration About an Individual Debtor's Schedules (individuals) *or* Form 202-Declaration Under Penalty of Perjury for Non-Individual Debtors (businesses)

    ☐ **D, E/F (Requires $34 fee) - A fee is charged to add creditors, delete creditors, change the amount of a debt, or change the classification of a debt.**

    ☐ **A/B, C, G, H, I, J, J-2 (No fee required)**

4. **AMENDING AMOUNTS/TOTALS OF SCHEDULES:**

    ☐ **D, E/F (Requires $34 fee)**

    ☐ **A/B, C, G, H, I, J, J-2 (No fee required)**

5. ☐ **STATEMENT OF FINANCIAL AFFAIRS (No fee required)**

Amendment Cover Sheet
Local Forms W.D. Wash. Bankr., Form 2 - Eff. 12/2023

Case 26-10051-CMA    Doc 27    Filed 01/30/26    Ent. 01/30/26 15:43:36    Pg. 1 of 3

**FILED - WAWB**
**JAN 30 2026 11:31 AM**
**Gina Zadra Walton, Clerk of Court**

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>RONDA MCNAE,<br><br>Debtor. | CASE NO. 26-10051-CMA<br><br>Chapter 7<br><br>**STATEMENT REGARDING AMENDMENT TO VOLUNTARY PETITION** |

    I, Ronda McNae, declare under penalty of perjury that I am filing an amended page of Official Form 101 (Voluntary Petition) to correct the response to Part 6, Question 16.

    The original petition mistakenly indicated that my debts were primarily consumer debts. Debtor's debts are primarily non-consumer debts by dollar amount due to a large civil judgment debt. This amendment conforms the Voluntary Petition to Official Form 122A-1Supp previously filed in this case. No other information in the petition is changed.

    Executed on **January 30, 2026**, at Kirkland, Washington.

                                                       **/s/ Ronda McNae**
                                                       Ronda McNae
                                                       Pro se, Debtor
                                                       504 11th Pl,
                                                       Kirkland, WA 98033

Debtor 1  __Ronda____Delapina___McNae_____     Case number (if known)__26-10051-CMA_____
         First Name    Middle Name    Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.
Civil judgment. One-count breach of contract claim.

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _/s/ signature_____
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Executed on  __01/30/2026__
             MM / DD / YYYY

Executed on  _____
             MM / DD / YYYY

Official Form 101      Voluntary Petition for Individuals Filing for Bankruptcy      page 7