UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
www.wawb.uscourts.gov

**FILED - WAWB**
**FEB 02 2026 4:59 PM**
**Gina Zadra Walton, Clerk of Court**

## AMENDMENT COVER SHEET

DEBTOR(S) LAST NAME __McNae__

CASE NUMBER __26-10051-CMA__   CHAPTER __7__

ATTORNEY FOR DEBTOR __pro se__   PHONE __(206) 914-6752__

See **Local Rule of Bankruptcy Procedure 1009-1: Amendments to Petition, Lists, Schedules and Statements** for additional information and noticing requirements.

## PLEASE CHECK WHAT IS BEING AMENDED

*****ONLY ONE $34 FEE IS REQUIRED IF AN AMENDMENT CONTAINS MORE THAN ONE CHANGE TO THE SCHEDULES AND LIST OF CREDITORS. SUBMIT ORIGINAL ONLY – NO COPIES REQUIRED**

1. ☐ **PETITION -** Change a debtor(s) name requires Ex Parte Motion & Order (No fee required)

2. **MAILING MATRIX (LIST OF CREDITORS):**

   ☐ **Adding, Deleting Creditors (Requires $34 Fee)**

   ☐ **Changing the address of a creditor or an attorney for a creditor listed on the schedules or to adding the name and address of an attorney for a listed creditor. (No fee required)**

   **When submitting an amended matrix, send matrix with ONLY the amended creditors.** ECF filers are required to upload additional creditors into ECF by selecting Bankruptcy, Creditor Maintenance.

3. **SCHEDULES:** A declaration is required with **all** amended schedules. Form 106Dec-Declaration About an Individual Debtor's Schedules (individuals) *or* Form 202-Declaration Under Penalty of Perjury for Non-Individual Debtors (businesses)

   ☐ **D, E/F (Requires $34 fee) -** A fee is charged to add creditors, delete creditors, change the amount of a debt, or change the classification of a debt.

   ☒ **A/B, C, G, H, I, J, J-2 (No fee required)**

4. **AMENDING AMOUNTS/TOTALS OF SCHEDULES:**

   ☐ **D, E/F (Requires $34 fee)**

   ☐ **A/B, C, G, H, I, J, J-2 (No fee required)**

5. ☐ **STATEMENT OF FINANCIAL AFFAIRS (No fee required)**

Amendment Cover Sheet
Local Forms W.D. Wash. Bankr., Form 2 - Eff. 12/2023

Case 26-10051-CMA    Doc 34    Filed 02/02/26    Ent. 02/03/26 13:04:01    Pg. 1 of 18

Debtor 1  Ronda    Delapina    McNae
         First Name  Middle Name  Last Name

Debtor 2  _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the Western District of Washington

Case number  26-10051-CMA

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

   **1.1** _____
   Street address, if available, or other description

   _____

   _____
   City          State    ZIP Code

   _____
   County

   **What is the property?** Check all that apply
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property?  $_____
   Current value of the portion you own?  $_____

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   _____

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: _____

   If you own or have more than one, list here:

   **1.2** _____
   Street address, if available, or other description

   _____

   _____
   City          State    ZIP Code

   _____
   County

   **What is the property?** Check all that apply
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property?  $_____
   Current value of the portion you own?  $_____

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   _____

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: _____

Debtor 1 Ronda Delapina McNae    Case number (if known) 26-10051-CMA

| 1.3 | _____ Street address, if available, or other description | **What is the property?** Check all that apply.<br>☐ Single-family home<br>☐ Duplex or multi-unit building<br>☐ Condominium or cooperative<br>☐ Manufactured or mobile home<br>☐ Land<br>☐ Investment property<br>☐ Timeshare<br>☐ Other _____ | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*.<br><br>**Current value of the entire property?** $_____<br>**Current value of the portion you own?** $_____<br><br>Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | City          State    ZIP Code | |  |
| | _____ County | **Who has an interest in the property?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another | ☐ Check if this is community property (see instructions) |

Other information you wish to add about this item, such as local property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ................................................... → $ **0.00**

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
☐ No
☑ Yes

| 3.1 | Make: GMC<br>Model: Yukon XL<br>Year: 2023<br>Approximate mileage: 30,001<br>Other information:<br>Vehicle titled in non-filing spouses name. Community property/interest. Secured debt exceeds value. | **Who has an interest in the property?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☑ At least one of the debtors and another<br><br>☑ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*.<br><br>**Current value of the entire property?** $ 70,160.00<br>**Current value of the portion you own?** $ 35,080.00 |

If you own or have more than one, describe here:

| 3.2 | Make: Jeep<br>Model: G.Chrke<br>Year: 2020<br>Approximate mileage: 43,317<br>Other information:<br>Vehicle titled in non-filing spouses name. Community property/interest. Secured debt exceeds value. | **Who has an interest in the property?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☑ At least one of the debtors and another<br><br>☑ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*.<br><br>**Current value of the entire property?** $ 23,420.00<br>**Current value of the portion you own?** $ 11,710.00 |

3.3
Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
[          ]

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?  Current value of the portion you own?

$_____  $_____

3.4
Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
[          ]

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?  Current value of the portion you own?

$_____  $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☐ No
   ☐ Yes

4.1
Make: _____
Model: _____
Year: _____
Other information:
[          ]

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?  Current value of the portion you own?

$_____  $_____

If you own or have more than one, list here:

4.2
Make: _____
Model: _____
Year: _____
Other information:
[          ]

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?  Current value of the portion you own?

$_____  $_____

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here →  $ 46,790.00

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe......... Typical household furniture, furnishings, kitchenware, and linens. Major appliances owned by landlord.   $ 3,500.00

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☑ Yes. Describe......... Typical household electronics including televisions, laptops, tablets, cell phones, small cameras, and basic accessories. No high-end or professional equipment.   $ 2,000.00

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☑ No
☐ Yes. Describe..........   $ 0.00

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
☑ Yes. Describe......... Bicycles and typical sports and recreational equipment for family use, including helmets and basic gear. Two electric bicycles for minor children. Two adult electric bicycles-one in poor non-functional condition and one sig used. One home exercise machine purchased by non-filing spouse in approximately 2020 using employer-provided fitness funds. All items used and in ordinary household condition   $ 1,300.00

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☑ No
☐ Yes. Describe..........   $ 0.00

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes. Describe......... Typical everyday clothing and shoes for household of six, including three pairs of used designer sneakers. No luxury wardrobe.   $ 1,500.00

**12. Jewelry**
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☑ Yes. Describe......... Costume jewelry and personal items. Wedding ring lost and no longer in possession since 2023.   $ 150.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☑ Yes. Describe......... Small 8lb household dogs, family pets. One is an emotional support animal w paperwork.   $ 50.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☐ No
☐ Yes. Give specific information. ............   $ 0.00

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** →   $ 8,500.00

Official Form 106A/B                 Schedule A/B: Property                 page 4
Case 26-10051-CMA    Doc 34    Filed 02/02/26    Ent. 02/03/26 13:04:01    Pg. 5 of 18

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ........................................................................................... Cash ............. $ 40.00

**17. Deposits of money**

Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes ......................

Institution name:

| | | | |
|---|---|---|---|
| 17.1 | Checking account: | Chase Bank - Ronda's Spending Account (9110) | $ 93.68 |
| 17.2 | Checking account: | Chase Bank - Joint Spending Account (9380) | $ 3.49 |
| 17.3 | Savings account: | Greenlight Financial (Ella) (Minors acct) (5611) | $ 243.00 |
| 17.4 | Savings account: | Greenlight Financial (Liam) (Minors acct) (1604) | $ 328.31 |
| 17.5 | Certificates of deposit: | | $ 0.00 |
| 17.6 | Other financial account: | Chase Bank - Bills (1110) | $ 57.01 |
| 17.7 | Other financial account: | Chase Bank - Liam (Minors old acct) (8154) | $ 10.00 |
| 17.8 | Other financial account: | Chase Bank - Ella (Minors old acct) (8048) | $ 10.00 |
| 17.9 | Other financial account: | Greenlight Financial -Parent account for kid transfers | $ 0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ................

Institution or issuer name:

_____ $ 0.00
_____ $ 0.00
_____ $ 0.00

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them

Name of entity: % of ownership:

_____  _____ %  $ 0.00
_____  _____ %  $ 0.00
_____  _____ %  $ 0.00

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them.

Issuer name:

$ 0.00
$ 0.00
$ 0.00

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan | | $ 0.00 |
| Pension plan | | $ 0.00 |
| IRA | | $ 0.00 |
| Retirement account | | $ 0.00 |
| Keogh | | $ 0.00 |
| Additional account | | $ 0.00 |
| Additional account | | $ 0.00 |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☑ Yes

| | Institution name or individual: | |
|---|---|---|
| Electric | | $ 0.00 |
| Gas | | $ 0.00 |
| Heating oil | | $ 0.00 |
| Security deposit on rental unit | P & D Rentals | $ 3,995.00 |
| Prepaid rent | | $ 0.00 |
| Telephone | | $ 0.00 |
| Water | | $ 0.00 |
| Rented furniture | | $ 0.00 |
| Other | | $ 0.00 |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes

Issuer name and description:

$ 0.00
$ 0.00
$ 0.00

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ............... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____ $_____ 0.00
_____ $_____
_____ $_____ 0.00

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them.... [                    ]    $_____ 0.00

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them.... [                    ]    $_____ 0.00

**27. Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them.... [                    ]    $_____ 0.00

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .......

[Expected 2025 federal and Washington state income tax refunds, including refundable credits. Returns not yet filed. Amount unknown.]

Federal: $ UNKNOWN
State: $_____
Local: $_____

**29. Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information................

Alimony: $_____ 0.00
Maintenance: $_____ 0.00
Support: $_____ 0.00
Divorce settlement: $_____ 0.00
Property settlement: $_____ 0.00

**30. Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes. Give specific information................ [Unused federal adoption tax credit and refundable credit eligibility arising from 2025 finalized special needs adoptions (2 children). Contingent tax attribute.]    $_____ 0.00

Debtor 1  RONDA DELAPINA MCNAE
         First Name  Middle Name  Last Name

Case number *(if known)* 26-10051-CMA

### 31. Interests in insurance policies
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☒ Yes. Name the insurance company of each policy and list its value...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Auto - Safeco | N/A | $ 0.00 |
| Renters Insurance - Safeco | N/A | $ 0.00 |
| COBRA Medical Insurance | N/A | $ 0.00 |
| Life Insurance - Northwestern Mutual | N/A | $ 0.00 |

### 32. Any interest in property that is due you from someone who has died
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No
☐ Yes. Give specific information............

$ 0.00

### 33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☒ Yes. Describe each claim. ............

See attached Schedule A/B – Item 33 Continuation Sheet.
Debtor holds contingent, disputed, and unliquidated claims against third parties, including insurance coverage and bad-faith claims, litigation-related tort and statutory claims, wrongful execution and garnishment claims, and related derivative or community-property interests.

$ Value unknown

### 34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims

☐ No
☒ Yes. Describe each claim. ............

See attached continuation page.
To the extent any additional contingent, unliquidated, or after-discovered claims exist that are not expressly described in Item 33, such claims are disclosed as contingent, disputed, and unliquidated.

$ Value unknown

### 35. Any financial assets you did not already list

☒ No
☐ Yes. Give specific information............

$ 0.00

### 36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here............ →

$ 4,740.49

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

### 37. Do you own or have any legal or equitable interest in any business-related property?
☒ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 38. Accounts receivable or commissions you already earned
☒ No
☐ Yes. Describe.......

$ 0.00

### 39. Office equipment, furnishings, and supplies
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No
☐ Yes. Describe.......

$ 0.00

### A. Identified Claims and Related Litigation

| Case / Reference | Parties | Nature of Claim | Status | Value |
|---|---|---|---|---|
| **2:24-cv-00211-TL** United States District Court for the Western District of Washington **Judge Tana Lin** | The McNae's v. ARAG Legal Insurance | Insurance coverage, claims-handling, and related claims arising from termination of defense counsel and denial of benefits under a legal expense insurance policy | Pending | Contingent, disputed, unliquidated |
| **2:25-cv-02710-JNW** United States District Court for the Western District of Washington **Judge Jamal Whitehead** | The McNae's v. King County Sheriff's Office, et al. | Civil rights and statutory claims arising from execution and enforcement activity | Pending | Contingent, disputed, unliquidated |
| **1:22-cv-22171-JEM** United States District Court for the Southern District of Florida **Judge Jose Martinez** | Michael Fitzgerald v. Ronda McNae **(Yelany De Verona & William McNae previously dismissed)** | Breach of CSA/NDA (non-disparagement); underlying judgment on appeal | On appeal | Disputed |
| **No. 25-11685** United States Court of Appeals for the Eleventh Circuit | Michael Fitzgerald, et al. v Ronda McNae, et al. | Appellate challenge to S.D. Fla. judgment (summary judgment errors, Speak Out Act, public policy, damages) | Pending | Disputed |
| **No. 2023-025855-CA-01** 11th Jud. Cir., Miami-Dade **Judge Viviane Del Rio** | Michael Fitzgerald v. William McNae (non-filing/non-debtor spouse) | Related state-court litigation involving the same breach-of-contract judgment and post-judgment enforcement issues | Pending | Disputed |

### B. Additional Disclosed Claim Categories

1. **Derivative and Community-Impact Claims (Non-Filing Spouse):** Certain disclosed claims arise from conduct occurring during Debtor's insured defense and trial, including claims-handling and litigation-stage conduct. Such conduct may have

8.1

affected related proceedings involving Debtor's non-filing spouse, William McNae. These disclosures identify potential derivative claims, contribution or indemnity rights,

community-property interests, or other contingent interests held by the marital community or jointly by Debtor and her non-filing spouse. These potential claims are disclosed solely for bankruptcy purposes and are separate from, and not asserted in, the claims currently pending before Judge Tana Lin, as no amended complaint has been filed to raise them.

***All such claims are contingent, disputed, and unliquidated.***

---

2. **Yelany De Varona (Joint / Community-Implicated Claims):**

   **Nature of claim:** Potential civil tort claims arising from alleged litigation-related misconduct and related actions.

   **Prior case:** McNae et al. v. De Varona-Fitzgerald, Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida. Filed April 9, 2025. Pro se.

   **Status:** Voluntarily dismissed without prejudice.

   **Ownership interest:** Potentially community property and/or jointly held with non-filing spouse, William McNae. Extent of Debtor's interest, if any, is undetermined and subject to Washington community property law and trustee determination.

   **Explanation:** The Florida action was filed to preserve applicable statutes of limitation and was later dismissed without prejudice for procedural and forum reasons in order to pursue claims in a more appropriate forum. There was no adjudication on the merits, no settlement, and no recovery.

   ***Claims are contingent, disputed, unliquidated, and value is currently unknown.***

8.2

3. **Michael Fitzgerald; SoftwareONE (Joint / Community-Implicated Claims):** Potential tort and statutory claims arising from litigation conduct, enforcement activity, and related actions occurring during and after trial and during post-judgment enforcement efforts.

   *Claims are contingent, disputed, and unliquidated.*

4. **Former Legal Counsel (Florida. Trial Counsel – ARAG-Funded):** Potential professional negligence, breach of fiduciary duty, fee-related, billing-related, and related claims arising from representation provided through an ARAG legal expense insurance policy in Florida federal litigation. Alleged issues include litigation conduct, billing and fee practices, claims-handling influence, settlement-related decision-making, case-management and filing practices, and actions affecting Debtor's ability to meaningfully participate in trial proceedings. Representation involved concurrent matters affecting both Debtor and her non-filing spouse.

   *Claims are contingent, disputed, and unliquidated.*

5. **Former Legal Counsel (Florida. Joint Representation – ARAG-Funded):** Potential professional negligence, breach of fiduciary duty, and related claims arising from representation in Florida federal and state litigation. Counsel were network attorneys funded through an ARAG legal expense insurance policy and undertook representation of both Debtor and her non-filing spouse in concurrent and related matters without a written conflict waiver. Alleged issues include litigation strategy, discovery-related decisions, case management, and conduct affecting the relative interests of Debtor and her non-filing spouse.

   *Claims are contingent, disputed, and unliquidated.*

6. **Opposing Counsel and Related Third Parties:** Potential claims arising from litigation conduct, execution activity, and alleged tortious or statutory conduct, including retaliation, conspiracy, witness coordination, and related actions.

*Claims are contingent, disputed, and unliquidated.*

---

7. **Wrongful Execution / Garnishment Claims (Joint / Community-Implicated):** Potential claims arising from execution or garnishment activity affecting exempt or non-debtor assets, including community property and non-filing spouse interests.

*Claims are contingent, disputed, and unliquidated.*

---

**Reservation Statement:** All claims are listed for bankruptcy disclosure purposes only. Listing does not constitute an admission of liability, waiver of defenses, or valuation of any claim. Certain claims may be further developed or identified based on ongoing proceedings.

Debtor 1 Ronda Delapina McNae  Case number (if known) 26-10051-CMA

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☑ No
☐ Yes. Describe  $0.00

**41. Inventory**
☑ No
☐ Yes. Describe  $0.00

**42. Interests in partnerships or joint ventures**
☑ No
☐ Yes. Describe

| Name of entity: | % of ownership: | |
|---|---|---|
|  | ___% | $0.00 |
|  | ___% | $0.00 |
|  | ___% | $0.00 |

**43. Customer lists, mailing lists, or other compilations**
☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
   ☐ No
   ☐ Yes. Describe  $0.00

**44. Any business-related property you did not already list**
☑ No
☐ Yes. Give specific information
  $0.00
  $0.00
  $0.00
  $0.00
  $0.00
  $0.00

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here →  $0.00

---

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46.** Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
☑ No
☐ Yes
  $0.00

Debtor 1 Ronda Delapina McNae   Case number (if known) 26-10051-CMA

48. **Crops—either growing or harvested**
    ☑ No
    ☐ Yes. Give specific information
    $ 0.00

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☑ No
    ☐ Yes
    $ 0.00

50. **Farm and fishing supplies, chemicals, and feed**
    ☑ No
    ☐ Yes
    $ 0.00

51. **Any farm- and commercial fishing-related property you did not already list**
    ☑ No
    ☐ Yes. Give specific information
    $ 0.00

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here → $ 0.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples* Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information
    $ 0.00
    $ 0.00
    $ 0.00

54. Add the dollar value of all of your entries from Part 7. Write that number here → $ 0.00

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 → $ 0.00
56. Part 2: Total vehicles, line 5   $ 46,790.00
57. Part 3: Total personal and household items, line 15   $ 8,500.00
58. Part 4: Total financial assets, line 36   $ 4,780.49
59. Part 5: Total business-related property, line 45   $ 0.00
60. Part 6: Total farm- and fishing-related property, line 52   $ 0.00
61. Part 7: Total other property not listed, line 54   + $ 0.00
62. Total personal property. Add lines 56 through 61.   $ 60,070.49   Copy personal property total → + $ 60,070.49
63. Total of all property on Schedule A/B. Add line 55 + line 62.   $ 60,070.49

| Debtor 1 | RONDA | DELAPINA | MCNAE |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Debtor 2
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Western District of Washington

Case number 26-10051-CMA
(If known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt   04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*
   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household goods and furnishings  Line from Schedule A/B: Line 6 | $3,500.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Electronics  Line from Schedule A/B: Line 7 | $2,000.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Sports and hobby Equipment  Line from Schedule A/B: Line 9 | $1,200.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

3. Are you claiming a homestead exemption of more than $214,000?
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☐ No
   ☒ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☒ Yes

Official Form 106C  Schedule C: The Property You Claim as Exempt  page 1 of 1

Debtor 1: RONDA DELAPINA MCNAE  
Case number (if known): 26-10051-CMA

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Clothing<br>Line from Schedule A/B: Line 11 | $1,600.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Pets<br>Line from Schedule A/B: Line 13 | $50.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Cash and Bank Accounts<br>Line from Schedule A/B: Line 16-17 | $740.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)<br>Wildcard |
| Brief description: Secutiry Deposit<br>Line from Schedule A/B: Line 22 | $3,995.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)<br>Wildcard |
| Brief description: Unemployment Benefits<br>Line from Schedule A/B: Line 30 | $ _____ | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(A) |
| Brief description: ARAG Legal Insurance; Bad Faith<br>Line from Schedule A/B: Line 33; Continuation Page | $Unknown/Unliquidated | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | Contingent and unliquidated legal claim araising from denial of legal insurance benefits and related bad-faith conduct.<br>Debtor's community property interest (one-half interest; non-filing spouse holds remaining interest<br>11 U.S.C. § 522(d)(5) (wildcard) |
| Brief description: King County Sheriff Case<br>Line from Schedule A/B: Line 33; Continuation Page | $Unknown/Unliquidated | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | Debtor's one-half community interest in contingent Civil Rights statutory claims against King County Sheriff's Office and related parties<br>11 U.S.C. § 522(d)(5) (wildcard) |
| Brief description: Expected 2025 federal and state income tax refunds, including refundable credits<br>Line from Schedule A/B: Line 28 | $ UNKNOWN | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Unused federal adoption tax credit and refundable credit eligibility arising from 2025 finalized special needs adoption (2 children)<br>Line from Schedule A/B: Line 30 | $0.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1: Ronda Delapina McNae
Debtor 2: _____
United States Bankruptcy Court for the: Western District of Washington
Case number (If known): 26-10051-CMA

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ _____    X _____
Signature of Debtor 1         Signature of Debtor 2

Date 02/02/2026              Date _____
     MM / DD / YYYY               MM / DD / YYYY