Schweet Linde & Rosenblum, PLLC
5601 6th Ave S, Suite 258
P.O. Box 80646
Seattle, WA 98108
P: (206) 275-1010
F: (206) 381-0101

Honorable Judge Christopher M. Alston
Chapter 7
Location: Selection: Seattle
EX PARTE

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

RONDA DELAPINA MCNAE

Debtor.

Case No.: 26-10051-CMA

**EX PARTE MOTION FOR 2004 ORDER AUTHORIZING ISSUANCE OF SUBPOENAS DUCES TECUM**

**Motion**

Creditor Michael Fitzgerald ("**Creditor**") respectfully moves the court for the entry of an order authorizing Creditor to issue a *subpoena duces tecum* to: (1) JPMorgan Chase Bank, NA; (2) Bank of America, NA; (3) Fidelity Investments; (4) Morgan Stanley Smith Barney LLC; (5) Ally Bank; (6) First Tech Federal Credit Union; (7) Harborstone Credit Union; (8) KeyBank, NA; (9) Wells Fargo Bank, NA; and (10) U.S. Bank, NA (collectively hereinafter the "**Banks**" and each a "**Bank**").

This Motion is made pursuant to Bankruptcy Rule 2004, and it is supported by the records and files herein, and the subjoined certification of counsel. A copy of the proposed a draft subpoena in template form with certain information to be completed in brackets, such as Bank name and

EX PARTE MOTION FOR 2004 ORDER – 1

*SCHWEET LINDE & ROSENBLUM, PLLC*
5601 6TH AVE S SUITE 258
P.O. BOX 80646
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 26-10051-CMA    Doc 35    Filed 02/10/26    Ent. 02/10/26 16:03:14    Pg. 1 of 2

personally identifiable information for Ronda Delapina McNae ("**Debtor**") and William Jon McNae ("**Spouse**") to be issued to the foregoing institutions if this Motion is granted are attached hereto as **Exhibit A** respectively.

DATED: February 10, 2026.

**SCHWEET LINDE & ROSENBLUM, PLLC**

*/s/ Michael M. Sperry*
Michael M. Sperry, WSBA #43760
*Attorneys for Michael Fitzgerald*

### Certification of Counsel

Michael M. Sperry declares:

1. I am one of the attorneys representing Creditor, the largest unsecured creditor in the above captioned Chapter 7 proceeding.

2. Creditor believes the Banks have information and/or documents that will relate to assets for administration, issues in this matter regarding potential avoidable transfers, and possible actions relating to the discharge of the obligation owed to Creditor.

3. Prior to the commencement of the above captioned bankruptcy proceeding Creditor had issued substantially similar subpoenas to which no responses were received due to the imposition of the Automatic Stay.

4. Based on the foregoing, Creditor requests the opportunity to issue a *subpoena duces tecum* to each of the Banks.

**I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.**

Signed and dated this 10th day of February 2026, at Seattle, Washington.

*/s/ Michael M. Sperry*
Michael M. Sperry

EX PARTE MOTION FOR 2004 ORDER – 2

*SCHWEET LINDE & ROSENBLUM, PLLC*
5601 6TH AVE S SUITE 258
P.O. BOX 80646
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 26-10051-CMA    Doc 35    Filed 02/10/26    Ent. 02/10/26 16:03:14    Pg. 2 of 2