*Pro Se 2026* THE HON JUDGE CHRISTOPHER M. ALSTON

**FILED - WAWB**
**FEB 11 2026 4:16 PM**
**Gina Zadra Walton, Clerk of Court**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re: RONDA MCNAE, Debtor. | CASE NO. 26-10051-CMA<br>Chapter 7<br>**NOTICE OF ERRATA TO DEBTOR'S OBJECTION TO CREDITOR'S EX PARTE MOTION FOR RULE 2004 ORDER** |
|---|---|

Debtor Ronda McNae, pro se, respectfully submits this Notice of Errata to correct a scrivener's error in the Debtor's Objection to Creditor's Ex Parte Motion for Rule 2004 Order, filed on February 11, 2026.

On page 5, lines 7 through 14, the paragraph beginning "Moreover, Creditor Michael Fitzgerald has a pending case…" is hereby corrected to read as follows:

Moreover, Creditor Michael Fitzgerald has a pending case against William McNae in Florida state court (Case No. 2023-025855-CA-01, Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County, Florida). In that proceeding, Creditor filed a Suggestion of Bankruptcy referencing this Chapter 7 case and raised potential automatic stay implications based on Washington community property law. No order has been entered staying the Florida action. To the extent the proposed subpoenas seek financial records of

**NOTICE OF ERRATA TO DEBTOR'S OBJECTION TO CREDITOR'S EX PARTE MOTION FOR RULE 2004 ORDER**
Case No. 26-10051-CMA - 1

*Pro Se 2026* THE HON JUDGE CHRISTOPHER M. ALSTON

William McNae individually for use in that separate breach of contract litigation, Rule 2004 should not be used to obtain discovery unrelated to administration of the bankruptcy estate. Using Rule 2004 to pursue discovery against a non-debtor third party for use in separate litigation exceeds the proper scope of bankruptcy examination.

This Notice corrects a clerical error only. All other arguments and representations remain unchanged.

DATED this 11th day of February, 2026, in Kirkland, Washington.

Respectfully submitted,

***/s/ Ronda McNae***
Ronda McNae
Pro se, Debtor
504 11th Pl,
Kirkland, WA 98033

**NOTICE OF ERRATA TO**
**DEBTOR'S OBJECTION TO CREDITOR'S**
**EX PARTE MOTION FOR RULE 2004 ORDER**
Case No. 26-10051-CMA - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2026, I electronically filed the foregoing Notice of Errata with the Clerk of the United States Bankruptcy Court for the Western District of Washington via the CM/ECF system, which will send notice of such filing to all registered participants in this case.

| | |
|---|---|
| **Michael P. Klein**<br>**Chapter 7 Trustee**<br>330 Madison Avenue S, Suite 105<br>Bainbridge Island, WA 98110<br>trusteeklein@hotmail.com | ☒ Via CM/ECF<br>☒ Via electronic mail<br>☐ Via U.S. Mail, postage prepaid<br>☐ Via Facsimile<br>☐ Via Courier |
| **WA Counsel for Judgment Creditor:**<br>**Michael Fitzgerald**<br>**Michael M Sperry**<br>**Schweet Linde Rosenblum, PLLC**<br>5601 6TH Ave S., #258<br>PO Box 80646<br>Seattle, WA 98108<br>michaels@schweetlaw.com | ☒ Via CM/ECF<br>☐ Via electronic mail<br>☐ Via U.S. Mail, postage prepaid<br>☐ Via Facsimile<br>☐ Via Courier<br>☐ Via Overnight delivery |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED 11th day of February 2026, in Kirkland, WA.

***/s/ Ronda McNae***
Ronda McNae
Pro se, Debtor