## AMENDMENT COVER SHEET

FILED - WAWB
FEB 15 2026 6:41 PM
Gina Zadra Walton, Clerk of Court

DEBTOR(S) LAST NAME  McNae

CASE NUMBER  26-10051-CMA          CHAPTER  7

ATTORNEY FOR DEBTOR  Pro se          PHONE  (206) 914-6752

*See Local Rule of Bankruptcy Procedure 1009-1: Amendments to Petition, Lists, Schedules and Statements for additional information and noticing requirements.*

## PLEASE CHECK WHAT IS BEING AMENDED

**\*ONLY ONE $34 FEE IS REQUIRED IF AN AMENDMENT CONTAINS MORE THAN ONE CHANGE TO THE SCHEDULES AND LIST OF CREDITORS. SUBMIT ORIGINAL ONLY – NO COPIES REQUIRED**

1. ☐ **PETITION -** Change a debtor(s) name requires Ex Parte Motion & Order (No fee required)

2. **MAILING MATRIX (LIST OF CREDITORS):**

   ☑ **Adding, Deleting Creditors (Requires $34 Fee)**

   ☐ **Changing the address of a creditor or an attorney for a creditor listed on the schedules or to adding the name and address of an attorney for a listed creditor. (No fee required)**

   **When submitting an amended matrix, send matrix with ONLY the amended creditors.** ECF filers are required to upload additional creditors into ECF by selecting Bankruptcy, Creditor Maintenance.

3. **SCHEDULES:** A declaration is required with **all** amended schedules. Form 106Dec-Declaration About an Individual Debtor's Schedules (individuals) *or* Form 202-Declaration Under Penalty of Perjury for Non-Individual Debtors (businesses)

   ☑ **D, E/F (Requires $34 fee) - A fee is charged to add creditors, delete creditors, change the amount of a debt, or change the classification of a debt.**

   ☑ **A/B, C, G, H, I, J, J-2 (No fee required)**

4. **AMENDING AMOUNTS/TOTALS OF SCHEDULES:**

   ☑ **D, E/F (Requires $34 fee)**

   ☐ **A/B, C, G, H, I, J, J-2 (No fee required)**

5. ☑ **STATEMENT OF FINANCIAL AFFAIRS (No fee required)**

Amendment Cover Sheet
Local Forms W.D. Wash. Bankr., Form 2 - Eff. 12/2023

Case 26-10051-CMA    Doc 40    Filed 02/15/26    Ent. 02/17/26 07:45:57    Pg. 1 of 51

**Fill in this information to identify your case and this filing:**

Debtor 1     Ronda          Delapina        McNae
             First Name      Middle Name     Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the  Western District of Washington

Case number   26-10051-CMA

☑ Check if this is an
    amended filing

## Official Form 106A/B

# Schedule A/B: Property                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☑ No. Go to Part 2.
☐ Yes. Where is the property?

| | |
|---|---|
| 1.1 _____<br>Street address, if available, or other description<br><br>_____<br><br>_____<br>City          State    ZIP Code<br><br>_____<br>County | **What is the property?** Check all that apply<br>☐ Single-family home<br>☐ Duplex or multi-unit building<br>☐ Condominium or cooperative<br>☐ Manufactured or mobile home<br>☐ Land<br>☐ Investment property<br>☐ Timeshare<br>☐ Other _____<br><br>**Who has an interest in the property?** Check one<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>Other information you wish to add about this item, such as local property identification number: _____ |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*

Current value of the entire property?    Current value of the portion you own?
$_____                               $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

| | |
|---|---|
| 1.2 _____<br>Street address, if available, or other description<br><br>_____<br><br>_____<br>City          State    ZIP Code<br><br>_____<br>County | **What is the property?** Check all that apply<br>☐ Single-family home<br>☐ Duplex or multi-unit building<br>☐ Condominium or cooperative<br>☐ Manufactured or mobile home<br>☐ Land<br>☐ Investment property<br>☐ Timeshare<br>☐ Other _____<br><br>**Who has an interest in the property?** Check one<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>Other information you wish to add about this item, such as local property identification number: _____ |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*

Current value of the entire property?    Current value of the portion you own?
$_____                               $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

Case 26-10051-CMA    Doc 40    Filed 02/15/26    Ent. 02/17/26 07:45:57    Pg. 2 of 51

1.3 _____

Street address, if available, or other description

_____

_____

City      State    ZIP Code

_____

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. .................................................➔    $        0.00

---

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

- ☐ No
- ☑ Yes

3.1 Make:    GMC

Model:    Yukon XL

Year:    2023

Approximate mileage:    30,001

Other information:

> Vehicle titled in non-filing spouses name
> Community property/interest. Secured debt exceeds value.

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **Current value of the portion you own?**

$   70,160.00    $   35,080.00

If you own or have more than one, describe here:

3.2 Make:    Jeep

Model:    G.Chrke

Year:    2020

Approximate mileage:    43,317

Other information:

> Vehicle titled in non-filing spouses name. Community property/interest. Secured debt exceeds value.

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **Current value of the portion you own?**

$   23,420.00    $   11,710.00

| 3.3 | Make: _____ | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property* |
|---|---|---|---|
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**     **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | [ ] | ☐ Check if this is community property (see instructions) | $_____     $_____ |

| 3.4 | Make: _____ | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property* |
|---|---|---|---|
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**     **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | [ ] | ☐ Check if this is community property (see instructions) | $_____     $_____ |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☐ Yes

| 4.1 | Make: _____ | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property* |
|---|---|---|---|
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**     **Current value of the portion you own?** |
| | [ ] | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | $_____     $_____ |

If you own or have more than one, list here:

| 4.2 | Make: _____ | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property* |
|---|---|---|---|
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**     **Current value of the portion you own?** |
| | [ ] | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | $_____     $_____ |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** →      $ 46,790.00

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**

Do not deduct secured claims or exemptions

**6 Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe......... | Typical household furniture, furnishings, kitchenware, and linens. Major appliances owned by landlord. | $ 3,500.00

**7 Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe......... | Typical household electronics including televisions, laptops, tablets, cell phones, small cameras, and basic accessories. No high-end or professional equipment. | $ 2,000.00

**8 Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No

☐ Yes. Describe......... | | $ 0.00

**9 Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

☑ Yes. Describe......... | Bicycles and typical sports and recreational equipment for family use, including helmets and basic gear. Two electric bicycles for minor children. Two adult electric bicycles-one in poor non-functional condition and one sig used. One home exercise machine purchased by non-filing spouse in approximately 2020 using employer-provided fitness funds. All items used and in ordinary household condition. | $ 1,300.00

**10 Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No

☐ Yes. Describe......... | | $ 0.00

**11 Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe......... | Typical everyday clothing and shoes for household of six, including three pairs of used designer sneakers. No luxury wardrobe. | $ 1,500.00

**12 Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe......... | Costume jewelry and personal items. Wedding ring lost and no longer in possession since 2023. | $ 150.00

**13 Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes. Describe......... | Small 8lb household dogs, family pets. One is an emotional support animal w paperwork. | $ 50.00

**14 Any other personal and household items you did not already list, including any health aids you did not list**

☐ No

☐ Yes. Give specific information. ............. | | $ 0.00

**15 Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................➔ | $ 8,500.00

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16 Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes .................................................................................................................................. Cash .............. $ 40.00

**17 Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes ......................

| | Institution name: | |
|---|---|---|
| 17.1 Checking account: | Chase Bank - Ronda's Spending Account (9110) | $ 93.68 |
| 17.2 Checking account: | Chase Bank - Joint Spending Account (9380) | $ 3.49 |
| 17.3 Savings account: | Greenlight Financial (Ella) (Minors acct) (5611) | $ 243.00 |
| 17.4 Savings account: | Greenlight Financial (Liam) (Minors acct) (1604) | $ 328.31 |
| 17.5 Certificates of deposit: | | $ 0.00 |
| 17.6 Other financial account: | Chase Bank - Bills (1110) | $ 57.01 |
| 17.7 Other financial account: | Chase Bank - Liam (Minors old acct) (8154) | $ 10.00 |
| 17.8 Other financial account: | Chase Bank - Ella (Minors old acct) (8048) | $ 10.00 |
| 17.9 Other financial account: | Greenlight Financial -Parent account for kid transfers | $ 0.00 |

**18 Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ............

| Institution or issuer name: | |
|---|---|
| | $ 0.00 |
| | $ 0.00 |
| | $ 0.00 |

**19 Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them

| Name of entity: | % of ownership: | |
|---|---|---|
| | % | $ 0.00 |
| | % | $ 0.00 |
| | % | $ 0.00 |

Case 26-10051-CMA   Doc 40   Filed 02/15/26   Ent. 02/17/26 07:45:57   Pg. 6 of 51

20 **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific    Issuer name:
   information about
   them

| | | |
|---|---|---|
| | | $ 0.00 |
| | | $ 0.00 |
| | | $ 0.00 |

21 **Retirement or pension accounts**

*Examples*: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each
   account separately.   Type of account:   Institution name:

| Type of account | Institution name | Amount |
|---|---|---|
| 401(k) or similar plan | | $ 0.00 |
| Pension plan | | $ 0.00 |
| IRA | | $ 0.00 |
| Retirement account | | $ 0.00 |
| Keogh | | $ 0.00 |
| Additional account | | $ 0.00 |
| Additional account | | $ 0.00 |

22 **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples*: Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No

☑ Yes                    Institution name or individual:

| | Institution name or individual | Amount |
|---|---|---|
| Electric | | $ 0.00 |
| Gas | | $ 0.00 |
| Heating oil | | $ 0.00 |
| Security deposit on rental unit | P & D Rentals | $ 3,995.00 |
| Prepaid rent | | $ 0.00 |
| Telephone | | $ 0.00 |
| Water | | $ 0.00 |
| Rented furniture | | $ 0.00 |
| Other | | $ 0.00 |

23 **Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)**

☑ No

☐ Yes.                   Issuer name and description:

| | | |
|---|---|---|
| | | $ 0.00 |
| | | $ 0.00 |
| | | $ 0.00 |

Case 26-10051-CMA    Doc 40    Filed 02/15/26    Ent. 02/17/26 07:45:57    Pg. 7 of 51

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ................................. Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

$_____ 0.00

$_____

$_____ 0.00

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them.... | $_____ 0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them.... | $_____ 0.00

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them.... | $_____ 0.00

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

28. **Tax refunds owed to you**

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ....... | Expected 2025 federal and Washington state income tax refunds, including refundable credits. Returns not yet filed. Amount unknown. | Federal: $ UNKNOWN
State: $_____
Local: $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information............. | Alimony: $_____ 0.00
Maintenance: $_____ 0.00
Support: $_____ 0.00
Divorce settlement: $_____ 0.00
Property settlement: $_____ 0.00

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

☑ Yes. Give specific information............. | Unused federal adoption tax credit and refundable credit eligibility arising from 2025 finalized special needs adoptions (2 children). Contingent tax attribute. | $_____ 0.00

---

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☒ Yes. Name the insurance company
of each policy and list its value. ..

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Auto - Safeco | N/A | $ 0.00 |
| Renters Insurance - Safeco | N/A | $ 0.00 |
| COBRA Medical Insurance | N/A | $ 0.00 |
| Life Insurance - Northwestern Mutal | N/A | $ 0.00 |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No
☐ Yes. Give specific information.............    $ 0.00

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☒ Yes. Describe each claim. ....................    See attached Schedule A/B – Item 33 Continuation Sheet.

Debtor holds contingent, disputed, and unliquidated claims against third parties, including insurance coverage and bad-faith claims, litigation-related tort and statutory claims, wrongful execution and garnishment claims, and related derivative or community-property interests.    $ Value unknown

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☒ Yes. Describe each claim. ....................    See attached continuation page.

To the extent any additional contingent, unliquidated, or after-discovered claims exist that are not expressly described in Item 33, such claims are disclosed as contingent, disputed, and unliquidated.    $ Value unknown

**35. Any financial assets you did not already list**

☒ No
☐ Yes. Give specific information............    $ 0.00

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here....................................................................................➔**    $ 4,740.49

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to Part 6.
☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☒ No
☐ Yes. Describe.......    $ 0.00

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No
☐ Yes. Describe.......    $ 0.00

---

## A. Identified Claims and Related Litigation

| Case / Reference | Parties | Nature of Claim | Status | Value |
|---|---|---|---|---|
| **2:24-cv-00211-TL** United States District Court for the Western District of Washington **Judge Tana Lin** | The McNae's v. ARAG Legal Insurance | Insurance coverage, claims-handling, and related claims arising from termination of defense counsel and denial of benefits under a legal expense insurance policy | Pending | Contingent, disputed, unliquidated |
| **2:25-cv-02710-JNW** United States District Court for the Western District of Washington **Judge Jamal Whitehead** | The McNae's v. King County Sheriff's Office, et al. | Civil rights and statutory claims arising from execution and enforcement activity | Pending | Contingent, disputed, unliquidated |
| **1:22-cv-22171-JEM** United States District Court for the Southern District of Florida **Judge Jose Martinez** | Michael Fitzgerald v. Ronda McNae **(Yelany De Verona & William McNae previously dismissed)** | Breach of CSA/NDA (non-disparagement); underlying judgment on appeal | On appeal | Disputed |
| **No. 25-11685** United States Court of Appeals for the Eleventh Circuit | Michael Fitzgerald, et al. v Ronda McNae, et al. | Appellate challenge to S.D. Fla. judgment (summary judgment rulings, interpretation and application of the Speak Out Act and other statutory issues, public policy, and damages determinations). Appeal seeks reversal, vacatur, modification, or remand. Includes potential contingent recovery of attorney's fees and costs under the prevailing-party provision of the Confidential Settlement Agreement if Debtor prevails. | Pending | Contingent, disputed, unliquidated. Value unknown. |
| **No. 2023-025855-CA-01** 11th Jud. Cir., Miami-Dade **Judge Viviane Del Rio** | Michael Fitzgerald v. William McNae (non-filing/non-debtor spouse) | Related state-court litigation involving the same breach-of-contract judgment and post- | Pending | Disputed |

8.1

| Case / Reference | Parties | Nature of Claim | Status | Value |
|---|---|---|---|---|
| | | judgment enforcement issues | | |

## B. Additional Disclosed Claim Categories

1. **Derivative and Community-Impact Claims (Non-Filing Spouse):** Certain disclosed claims arise from conduct occurring during Debtor's insured defense and trial, including claims-handling and litigation-stage conduct. Such conduct may have affected related proceedings involving Debtor's non-filing spouse, William McNae. These disclosures identify potential derivative claims, contribution or indemnity rights,

   community-property interests, or other contingent interests held by the marital community or jointly by Debtor and her non-filing spouse. These potential claims are disclosed solely for bankruptcy purposes and are separate from, and not asserted in, the claims currently pending before Judge Tana Lin, as no amended complaint has been filed to raise them.

   *All such claims are contingent, disputed, and unliquidated.*

2. **Yelany De Varona (Joint / Community-Implicated Claims):**

   **Nature of claim:** Potential civil tort claims arising from alleged litigation-related misconduct and related actions.

   **Prior case:** McNae et al. v. De Varona-Fitzgerald, Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida. Filed April 9, 2025. Pro se.

   **Status:** Voluntarily dismissed without prejudice.

   **Ownership interest:** Potentially community property and/or jointly held with non-filing spouse, William McNae. Extent of Debtor's interest, if any, is undetermined and subject to Washington community property law and trustee determination.

   **Explanation:** The Florida action was filed to preserve applicable statutes of limitation and was later dismissed without prejudice for procedural and forum reasons in order to

pursue claims in a more appropriate forum. There was no adjudication on the merits, no settlement, and no recovery.

***Claims are contingent, disputed, unliquidated, and value is currently unknown.***

---

3. **Michael Fitzgerald; SoftwareONE (Joint / Community-Implicated Claims):** Potential tort and statutory claims arising from litigation conduct, enforcement activity, and related actions occurring during and after trial and during post-judgment enforcement efforts.

***Claims are contingent, disputed, and unliquidated.***

---

4. **Former Legal Counsel (Florida. Trial Counsel – ARAG-Funded):** Potential professional negligence, breach of fiduciary duty, fee-related, billing-related, and related claims arising from representation provided through an ARAG legal expense insurance policy in Florida federal litigation. Alleged issues include litigation conduct, billing and fee practices, claims-handling influence, settlement-related decision-making, case-management and filing practices, and actions affecting Debtor's ability to meaningfully participate in trial proceedings. Representation involved concurrent matters affecting both Debtor and her non-filing spouse.

***Claims are contingent, disputed, and unliquidated.***

---

5. **Former Legal Counsel (Florida. Joint Representation – ARAG-Funded):** Potential professional negligence, breach of fiduciary duty, and related claims arising from representation in Florida federal and state litigation. Counsel were network attorneys funded through an ARAG legal expense insurance policy and undertook representation of both Debtor and her non-filing spouse in concurrent and related matters without a written conflict waiver. Alleged issues include litigation strategy, discovery-related decisions, case management, and conduct affecting the relative interests of Debtor and her non-filing spouse.

***Claims are contingent, disputed, and unliquidated.***

8.3

6. **Opposing Counsel and Related Third Parties:** Potential claims arising from litigation conduct, execution activity, and alleged tortious or statutory conduct, including retaliation, conspiracy, witness coordination, and related actions.

   *Claims are contingent, disputed, and unliquidated.*

7. **Wrongful Execution / Garnishment Claims (Joint / Community-Implicated):** Potential claims arising from execution or garnishment activity affecting exempt or non-debtor assets, including community property and non-filing spouse interests.

   *Claims are contingent, disputed, and unliquidated.*

**Reservation Statement:** All claims are listed for bankruptcy disclosure purposes only. Listing does not constitute an admission of liability, waiver of defenses, or valuation of any claim. Certain claims may be further developed or identified based on ongoing proceedings.

**40 Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe .........      $_____0.00

**41 Inventory**

☑ No

☐ Yes. Describe .........      $_____0.00

**42 Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe

| Name of entity: | % of ownership: | |
|---|---|---|
| | _____% | $_____0.00 |
| | _____% | $_____0.00 |
| | _____% | $_____0.00 |

**43 Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

     ☐ No

     ☐ Yes. Describe .........      $_____0.00

**44 Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information ..........

     $_____0.00

     $_____0.00

     $_____0.00

     $_____0.00

     $_____0.00

     $_____0.00

**45 Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........................ → $_____0.00

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46 Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions

**47 Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes ........................      $_____0.00

Case 26-10051-CMA    Doc 40    Filed 02/15/26    Ent. 02/17/26 07:45:57    Pg. 14 of 51

**48 Crops—either growing or harvested**

☑ No

☐ Yes. Give specific information                  $    0.00

**49 Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes                  $    0.00

**50 Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes                  $    0.00

**51 Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information                  $    0.00

**52 Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ➔ $    0.00

---

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53 Do you have other property of any kind you did not already list?**

*Examples* Season tickets, country club membership

☑ No

☐ Yes. Give specific information         $    0.00
                                   $    0.00
                                   $    0.00

**54 Add the dollar value of all of your entries from Part 7. Write that number here** ➔ $    0.00

---

**Part 8:   List the Totals of Each Part of this Form**

**55 Part 1: Total real estate, line 2** ➔ $    0.00

**56 Part 2: Total vehicles, line 5**    $    46,790.00

**57 Part 3: Total personal and household items, line 15**    $    8,500.00

**58 Part 4: Total financial assets, line 36**    $    4,780.49

**59 Part 5: Total business-related property, line 45**    $    0.00

**60 Part 6: Total farm- and fishing-related property, line 52**    $    0.00

**61 Part 7: Total other property not listed, line 54**    + $    0.00

**62 Total personal property. Add lines 56 through 61.** ............... $    60,070.49   Copy personal property total ➔ + $    60,070.49

**63 Total of all property on Schedule A/B. Add line 55 + line 62**............................................................. $    60,070.49

Debtor 1    Ronda      Delapina      McNae
      First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: Western District of Washington

Case number   26-10051-CMA
(if known)

◣ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
☑ No. Go to Part 2.
☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** _____
Priority Creditor's Name

_____
Number    Street

_____

_____
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____   $_____   $_____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2** _____
Priority Creditor's Name

_____
Number    Street

_____

_____
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____   $_____   $_____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Part 1:**    **Your PRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.    Total claim    Priority amount    Nonpriority amount

**2.3**

Priority Creditor's Name

Number    Street

City     State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____    $_____    $_____

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.4**

Priority Creditor's Name

Number    Street

City     State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____    $_____    $_____

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.5**

Priority Creditor's Name

Number    Street

City     State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____    $_____    $_____

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1**

Bank of America
Nonpriority Creditor's Name

P.O Box 1 5019
Number          Street

Wilmington          DE      19850
City                State    ZIP Code

Last 4 digits of account number  8  3  2  3

When was the debt incurred?  August 2020

$ 6,845.00

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

---

**4.2**

American Express
Nonpriority Creditor's Name

P.O Box 96001
Number          Street

Los Angeles          CA      90096
City                State    ZIP Code

Last 4 digits of account number  4  9  5  9

When was the debt incurred?  July 2022

$ 811.00

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

---

**4.3**

Sephora - Comenity Capital
Nonpriority Creditor's Name

P.O Box 183003
Number          Street

Columbus          OH      43218
City                State    ZIP Code

Last 4 digits of account number  1  5  6  8

When was the debt incurred?  August 2022

$ 1,515.00

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.4

**Apple Card**

Nonpriority Creditor's Name

**Lockbox 6112, P.O Box 7247**

Number    Street

**Philadelphia**    **PA**    **19170**

City    State    ZIP Code

Last 4 digits of account number  1  8  5  7

When was the debt incurred?   Dec. 2023

$ 3,337.80

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card Debt

### 4.5

**Amazon Prime Store Card**

Nonpriority Creditor's Name

**P.O Box 71711**

Number    Street

**Philadelphia**    **PA**    **19176**

City    State    ZIP Code

Last 4 digits of account number  2  0  7  0

When was the debt incurred?   Nov. 2020

$ 797.00

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card Debt

### 4.6

**Barclays Bank US**

Nonpriority Creditor's Name

**Card Services, P.O Box 60517**

Number    Street

**City of Industry**    **CA**    **91716**

City    State    ZIP Code

Last 4 digits of account number  1  7  5  9

When was the debt incurred?   March 2013

$ 11,803.4?

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card Debt

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Case 26-10051-CMA    Doc 40   Filed 02/15/26   Ent. 02/17/26 07:45:57    Pg. 19 of 51

**Part 2:**   **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.7**

**Banana Republic - Barclays**
Nonpriority Creditor's Name

**Card Services, P.O Box 60517**
Number      Street

**City of Industry**       **CA**     **91716**
City               State     ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **8**   **4**   **2**   **3**      $ 12,063.00

When was the debt incurred?   Sept. 2016

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Credit Card Debt

---

**4.8**

**Nordstrom**
Nonpriority Creditor's Name

**1617 6th Ave**
Number      Street

**Seattle**         **WA**     **98101**
City               State     ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **7**   **8**   **4**   **4**      $ 13,386.56

When was the debt incurred?   June 2011

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Credit Card Debt

---

**4.9**

**Ulta - Comenity MC**
Nonpriority Creditor's Name

**P.O Box 182273**
Number      Street

**Columbus**       **OH**     **43218**
City               State     ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **5**   **6**   **4**   **8**      $ 1,212.00

When was the debt incurred?   Nov. 2025

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Credit Card Debt

---

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.10**

**Prosper Marketplace, Inc**
Nonpriority Creditor's Name
**P.O Box 886081**
Number        Street
**Los Angeles**          **CA**      **90088**
City                        State    ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **4  5  3  6**          $ **4,487.49**

When was the debt incurred?  **Sept. 2022**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Personal/Debt Consolidation**

---

**4.11**

**Klarna**
Nonpriority Creditor's Name
**P.O Box 8116**
Number        Street
**Columbus**            **OH**      **43201**
City                        State    ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **N / A**          $ **709.27**

When was the debt incurred?  **April 2024**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Consumer installment loan**

---

**4.12**

**Inslee Best**
Nonpriority Creditor's Name
**10900 NE 4th ST  Suite 1500**
Number        Street
**Bellevue**             **WA**      **98004**
City                        State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **N / A**          $ **21,296.0?**

When was the debt incurred?  **June 2023**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Owed, legal services 2023**

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.13**

Wenokur Riordan PLLC
Nonpriority Creditor's Name

600 Stewart St. Suit 1300
Number    Street

Seattle      WA     98101
City      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Last 4 digits of account number   N / A     $ 20,497.00

**When was the debt incurred?** Aug. 2025

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Legal- Met Life Legal reimbur.

---

**4.14**

Sarah Dellinger
Nonpriority Creditor's Name

10829 NE 68th ST. Suite D
Number    Street

Kirkland      WA     98033
City      State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Last 4 digits of account number   N / A     $ 2,850.00

**When was the debt incurred?** Ongoing

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Mental health needs insur. reim

---

**4.15**

Talkspace
Nonpriority Creditor's Name

2578 Broadway Suite 607
Number    Street

New York      NY     10025
City      State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   N / A     $ 272.28

**When was the debt incurred?** Sept. 2025

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  mental health for minor insur.

---

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

### 4.16

**Matthew Jury - McCure Jury & Partners**
Nonpriority Creditor's Name

**84 Brook Street**
Number   Street

**London**    **W1K 5EH**    **UK**
City   State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  N / A    $ 900.00

When was the debt incurred?   July 2025

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Legal-UK investigation/advisory

### 4.17

**Michael J. Fitzgerald**
Nonpriority Creditor's Name

**1585 Bay Dr.**
Number   Street

**Miami Beach**    **FL**    **33141**
City   State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Last 4 digits of account number  N / A    $ 2,900,000

When was the debt incurred?   April 2025

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  ON APPEAL in 11th Circuit

### 4.18

**Michael J. Fitzgerald**
Nonpriority Creditor's Name

**1585 Bay Dr.**
Number   Street

**Miami Beach**    **FL**    **33141**
City   State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Last 4 digits of account number  N / A    $ 1,200,000

When was the debt incurred?   May 2025

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Attorney-fee claims; contested

| Debtor 1 | Ronda | Delapina | McNae | Case number (if known) | 26-10051-CMA |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.19**

**DSHS Office of Financial Recovery**
Nonpriority Creditor's Name

**PO Box 9501**
Number          Street

**Olympia**                    **WA**        **98507**
City                                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   6   5   8   1

When was the debt incurred?   12/02/2024

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   SNAP Overpayment in error

$ 1,183.00

---

**4.20**

**UW Medicine**
Nonpriority Creditor's Name

**P.O. Box 35013**
Number          Street

**Seattle**                    **WA**        **98124**
City                                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Medical services for minor

$ 300.00

---

Nonpriority Creditor's Name

Number          Street

City                                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Berlowe and Associates, P.A
Name

100 SE 2nd ST SUITE 3650
Number        Street

Miami                          FL      33131
City                           State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

4.17 & 4.18
Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  N / A

---

Schweet Linde & Rosenblum, PLLC
Name

575 S Michigan ST
Number        Street

Seattle                        WA      98108
City                           State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

4.17 & 4.18
Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  N / A

---

Name

Number        Street

City                           State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

Name

Number        Street

City                           State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

Name

Number        Street

City                           State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

Name

Number        Street

City                           State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

Name

Number        Street

City                           State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ 0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. $ 0.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. $ 0.00 |

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 4,204,265.05 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 4,204,265.05 |

**Fill in this information to identify your case:**

Debtor 1    RONDA    DELAPINA    MCNAE
            First Name          Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name              Last Name

United States Bankruptcy Court for the: Western District of Washington

Case number    26-10051-CMA
(If known)

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

   | Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
   |---|---|---|---|
   | | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
   | | From _____ | | From _____ |
   | Number    Street | To _____ | Number    Street | To _____ |
   | City            State  ZIP Code | | City            State  ZIP Code | |
   | | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
   | | From _____ | | From _____ |
   | Number    Street | To _____ | Number    Street | To _____ |
   | City            State  ZIP Code | | City            State    ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2:  Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☑ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For last calendar year:**<br>(January 1 to December 31, _____)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, _____)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| ***See attached FORM 107 Continuation Sheet Q5*** | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For last calendar year:**<br>(January 1 to December 31, _____)<br>YYYY | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, _____)<br>YYYY | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |

| DATE | SOURCE | DESCRIPTION | NATURE | AMOUNT |
|---|---|---|---|---|
| Jan-Apr 2024 | Non-filing spouse Fidelity Investments | Non-debtor spouse retirement distributions 401(k) | Distribution from non-debtor spouses retirement account; not debtor income | $30,797.75 |
| March-May 2024 | Non-filing spouse | Non-recurring household support paid to non-debtor spouse and used for household expenses | Non-recurring family assistance. Not income | $9,500.00 |
| Apr 25, 2024 | Non-filing spouse (Morgan Stanley acct) | Non-debtor spouse liquidated separate-property employer stock; proceeds used for household expenses | Liquidation of non-debtor spouse's separate-property employer stock (asset conversion); not income | $2,248.87 |
| Apr 26, 2024 | Non-filing spouse (Morgan Stanley acct) | Non-debtor spouse liquidated separate-property employer stock; proceeds used for household expenses | Liquidation of non-debtor spouse's separate-property employer stock (asset conversion); not income | $3,121.33 |
| May 10, 2024 | Non-filing spouse (Morgan Stanley acct) | Non-debtor spouse liquidated separate-property employer stock; proceeds used for household expenses | Liquidation of non-debtor spouse's separate-property employer stock (asset conversion); not income | $6,183.25 |
| June 2024 | Non-filing spouse | Non-recurring household support paid to non-debtor spouse and used for household expenses | Non-recurring family assistance. Not income | $10,000.00 |
| July 2024 | Philip Questad (neighbor) | Reimbursement for gardening supplies & incidental labor | Reimbursement of expenses/non-recurring | $2,004.02 |
| July 2024 | Non-filing spouse | Non-recurring household support paid to non-debtor spouse and used for household expenses | Non-recurring family assistance. Not income | $9, 000.00 |
| August 2024 | Non-filing spouse | Non-recurring household support paid to non-debtor | Non-recurring family assistance. Not income | $10,000.00 |

2.1

| DATE | SOURCE | DESCRIPTION | NATURE | AMOUNT |
|---|---|---|---|---|
| | | spouse and used for household expenses | | |
| September 2024 | Non-filing spouse | Non-recurring household support paid to non-debtor spouse and used for household expenses | Non-recurring family assistance. Not income | $20, 000.00 |
| Sep-Dec 2024 | State of Iowa Kinship Care | Needs-based assistance for minor relatives' special needs & household costs. | Public Assistance – Kinship subsidy | $2,260.00 |
| Oct 1, 2024 | Non-filing spouse (Morgan Stanley acct) | Non-debtor spouse liquidated separate-property employer stock; proceeds used for household expenses | Liquidation of non-debtor spouse's separate-property employer stock (asset conversion); not income | $6,453.44 |
| Oct-Dec 2024 | WA SNAP Cash Benefits | Non-needy TANF for minor children's household necessities | Non-needy TANF assistance. (Kinship Caregiving) | $1,710.00 |
| December 2024 | Non-filing spouse | Non-recurring household support paid to non-debtor spouse and used for household expenses | Non-recurring family assistance. Not income | $10,000.00 |
| Jan-May 2025 | State of Iowa Kinship Care | Needs-based assistance for minor relatives' special needs & household costs. | Public assistance; pre-adoption subsidy | $2,770.40 |
| Jan-May 2025 | WA SNAP Food Benefits | Food assistance benefits. | Non-cash public benefit (SNAP) | $6,770.00 |
| January 2025 | Non-filing spouse | Non-recurring household support paid to non-debtor spouse and used for household expenses | Non-recurring family assistance. Not income | $3,500.00 |
| February 2025 | Non-filing spouse | Non-recurring household support paid to non-debtor spouse and used for household expenses | Non-recurring family assistance. Not income | $5,000.00 |

2.2

| DATE | SOURCE | DESCRIPTION | NATURE | AMOUNT |
|---|---|---|---|---|
| Mar 24, 2025 | Non-filing spouse (Morgan Stanley acct) | Non-debtor spouse liquidated separate-property employer stock; proceeds used for household expenses | Liquidation of non-debtor spouse's separate-property employer stock (asset conversion); not income | $6,565.73 |
| April - May2025 | Non-filing spouse | Non-recurring household support paid to non-debtor spouse and used for household expenses | Non-recurring family assistance. Not income | $8,818.00 |
| Jun-Sep 2025 | Iowa Pre-Adoption Subsidy | Subsidy for children's special needs care per evaluation. | Public assistance; Iowa state subsidy | $5,435.12 |
| May-Oct 2025 | WA SNAP Cash Benefits | Non-needy TANF for minor children's household necessities. | Non-needy TANF assistance. (Kinship Caregiving) | $3,052.00 |
| Nov 2025 | Vehicle warranty refund | US Bank check #4654 ($1,583.84) payable to spouse for prior car warranty refund, deposited to joint account. | Insurance/warranty refund to non-debtor/non filing spouse | $1,583.84 |
| Sep-Dec 2025 | Iowa Adoption Subsidy | Post-adoption aid for children's special needs (to age 18). | Public assistance; Iowa state subsidy | $4,875.64 |
| Nov 2025 | Non-filing spouse (Morgan Stanley acct) | Non-debtor spouse liquidated separate-property employer stock; proceeds used for household expenses | Liquidation of non-debtor spouse's separate-property employer stock (asset conversion); not income | $9,830.95 |
| Jan 9, 2026 | Iowa Adoption Subsidy | Post-adoption aid for children's special needs (to age 18). | Public assistance; Iowa state subsidy | $1,169.94 |

2.3

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

|  | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Number    Street | | | | |
| City          State          ZIP Code | | | | |
| Creditor's Name | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Number    Street | | | | |
| City          State          ZIP Code | | | | |
| Creditor's Name | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Number    Street | | | | |
| City          State          ZIP Code | | | | |

Case 26-10051-CMA    Doc 40    Filed 02/15/26    Ent. 02/17/26 07:45:57    Pg. 32 of 51

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City          State    ZIP Code | | | | |
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City          State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City          State    ZIP Code | | | | |
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City          State    ZIP Code | | | | |

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No

    ☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **See attached FORM 107 Continuation Sheet Q9**<br><br>Case title: Michael Fitzgerald v.<br><br>Ronda McNae<br><br>Case number: 1:22-cv-22171-JEM | Action alleging breach of a confidential settlement agreement; tort claims were dismissed; liability determined at SJ with damages-only trial; judgment entered on Appeal | Wilkie D. Ferguson, Jr. CH<br>Court Name<br>400 North Miami Avenue<br>Number   Street<br>Miami     FL    33128<br>City     State    ZIP Code | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| Case title: William McNae & Ronda<br><br>McNae v. ARAG Legal Insur.<br><br>Case number: 2:24-cv-00211-TL | Action concerning insurance coverage and claims-handling practices arising from denial of legal-insurance benefits during pendency of related litigation | U.S Courthouse Seattle<br>Court Name<br>700 Stewart Street, Suite 13229<br>Number   Street<br>Seattle    WA    13229<br>City     State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.

    ☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **See attached FORM 107 Continuation Sheet Q10**<br><br>Michael Fitzgerald<br>Creditor's Name<br><br>1585 Bay Drive<br>Number   Street | The judgment creditor caused the King County Sheriff to levy upon and conduct a purported auction of the Debtor's and non-debtor spouse's litigation claims pursuant to a writ of execution, submitting a $25k as payment to the KCSO | 01/07/2026 | $   25,000.00 |
| | **Explain what happened** | | |
| Miami Beach    FL    33141<br>City     State    ZIP Code | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |
| | **Describe the property** | Date | Value of the property |
| Michael Fitzgerald<br>Creditor's Name<br><br>1585 Bay Drive<br>Number   Street | Funds in Ally Bank account held by non filing spouse, including unemployment benefits, restrained under writ of garnishment; funds remained restrained as of petition date through (01/22/2026). | 12/24/2025 | $   1,606.47 |
| | **Explain what happened** | | |
| Miami Beach    FL    33141<br>City     State    ZIP Code | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

Case 26-10051-CMA    Doc 40    Filed 02/15/26    Ent. 02/17/26 07:45:57    Pg. 34 of 51

| 1. CASE TITLE | **Michael Fitzgerald v. Ronda McNae**<br><br>*(Formerly included; William McNae and Yelany De Verona. Both were Dismissed)* |
|---|---|
| **CASE #** | 1:22-cv-22171-JEM |
| **JUDGE** | Judge Jose Martinez |
| **NATURE** | Civil action for breach of confidential settlement (tort claims dismissed); liability determined on summary judgment, damages-only trial; $2.746M judgment (4/30/2025)<br><br>Debtor contests validity. Post-judgment enforcement targets alleged community property despite spouse dismissal; appeal reinstated, enforcement motions denied as moot pending review.<br><br>Although non-filing spouse was dismissed from the action, post-judgment enforcement and contempt motions have been asserted against alleged community-property interests based on financial information attributed to the non-filing spouse; following reinstatement of the appeal, the court denied all pending enforcement-related motions as moot pending appellate review. |
| **COURT** | U.S. District Court, Southern District of Florida |
| **STATUS** | **ON APPEAL** |

| 2. CASE TITLE | **Michael Fitzgerald v. William McNae** |
|---|---|
| **CASE #** | 2023-025855-CA-01 ***(Debtor is a non-party spouse; listed for context)*** |
| **JUDGE** | Judge Vivianne De Rio |
| **NATURE** | State-court civil action against non-filing spouse alleging breach of the same confidential settlement agreement at issue in a related Florida federal action involving Debtor, with Plaintiff seeking to reach alleged community-property interests. Debtor is not a named party but has been referenced collectively as part of "the McNaes," and findings from the federal action have been cited in this proceeding. After identifying what Debtor contends were material omissions in Plaintiff's federal-court submissions, Debtor filed a limited Non-Party Notice of Objection in this related state action to preserve the record, align it with the federal objections, and clarify Debtor's non-party status; Debtor sought no affirmative relief, and no judgment has been entered against Debtor in this case. |

5.1

|  | Judgment creditor has sought to rely on the federal judgment to assert liability and enforcement leverage in Florida state court proceedings, despite Debtor not being a party to the state action. |
| --- | --- |
| **COURT** | Circuit Court, Miami-Dade County, Florida |
| **STATUS** | **PENDING** |

| **3. CASE TITLE** | **William McNae and Ronda McNae v. ARAG Legal Insurance Company** |
| --- | --- |
| **CASE #** | 2:24-cv-00211-TL |
| **JUDGE** | Judge Tana Lin |
| **NATURE** | Legal-insurance coverage and claims-handling dispute arising from ARAG's termination of counsel the week of Thanksgiving 2023 (leaving 6 days to secure replacements) and denial of benefits for defense of the Fitzgerald federal case (trial scheduled ~2 months later) and related Florida state action against non-filing spouse; claims asserted by Debtor and non-filing spouse include breach of contract, bad faith, unfair claims handling, and related statutory violations, and the litigation is treated as a community-property asset |
| **COURT** | U.S. District Court, Western District of Washington |
| **STATUS** | **PENDING** |

| **4. CASE TITLE** | **William McNae and Ronda McNae v. King County Sheriff's Office, et al** |
| --- | --- |
| **CASE #** | 2:25-cv-02710-JNW |
| **JUDGE** | Judge Jamal Whitehead |
| **NATURE** | Civil rights action alleging violations of federal constitutional rights (Fourth and Fourteenth Amendments), ADA Title II, and the Rehabilitation Act arising from King County Sheriff's Office execution of a writ of execution at Plaintiffs' home on November 19, 2025, including warrantless entry, search of private documents and third-party financial records, failure to accommodate Plaintiff Ronda McNae's PTSD, and defective notice of levy and sale purporting to seize Plaintiffs' causes of action (including the ARAG case) for auction on January 7, 2026; claims also challenge restraints on exempt unemployment benefits and garnishments of non-debtor and vulnerable-adult accounts using information obtained during the execution. |
| **COURT** | U.S. District Court, Western District of Washington |
| **STATUS** | **PENDING** |

5.2

| 5. CASE TITLE | William McNae and Ronda McNae v. Yelany De Varona-Fitzgerald |
|---|---|
| CASE # | 2025-006366-CA-01<br>132025CA00636601GE01<br>E-Filed 04/09/2025 01:41:05 AM |
| JUDGE | Judge Beatrice Butchko |
| NATURE | Civil tort action (libel/slander/defamation) alleging interference, false statements, and litigation misconduct by Defendant connected to underlying Florida judgment proceedings (Case No. 1:22-cv-22171-JEM); voluntarily dismissed without prejudice by Plaintiffs in July 2025; claims preserved to later pursue in Seattle, WA. |
| COURT | Circuit Court, Miami-Dade County, Florida |
| STATUS | **CONCLUDED IN FLORIDA** |

| 6. CASE TITLE | Michael Fitzgerald v. Ronda McNae<br><br>**(Dual Domestication of underlying Florida judgment)**<br><br>*(Foreign Judgment Domestication in Western Washington District Court )* |
|---|---|
| CASE # | **2:25-mc-00024**<br>**25-2-19105-2 SEA** |
| NATURE | Dual domestication/enforcement of S.D. Fla. judgment ($2,746,703.27, 4/30/2025): registered in WDWA federal court (2:25-mc-00024, certified 5/5/2025 per clerk "no pending motions") AND separately in King County Superior Court (25-2-19105-2 SEA, filed ~6/2025). |
| COURT | U.S. District Court, Western Dist. Washington (federal domestication)<br>King County Superior Court (state domestication/enforcement)<br>[Underlying: S.D. Fla. 1:22-cv-22171-JEM] |
| STATUS | Registered for enforcement in Federal and State courts of Washington; enforcement activity initiated pre-petition; underlying Florida judgement pending on appeal in the Eleventh Circuit (25-11685). |

5.3

| 1. CREDITOR | Michael Fitzgerald |
|---|---|
| ADDRESS | 1585 Bay Drive – Miami Beach, Florida 33141 |
| DATE | January 7, 2026 |
| PROPERTY | Litigation rights and causes of action asserted in *McNae v. ARAG Legal Insurance Co*., W.D. Wash., U.S. District Court for the Western District of Washington, including asserted interests of Debtor **and non-debtor, non-filing spouse** |
| EXPLAIN | Judgment creditor caused the sheriff to levy and conduct a purported auction of litigation claims asserted to belong to the Debtor and non-debtor/non-filing spouse under a writ of execution and submitted a $25,000 credit bid/payment to the King County Sheriff's Office. <br><br> The district court later ruled that Michael Fitzgerald is not a party to the case, has not intervened, and has no authority to participate in or control the litigation; no substitution of party, assignment, or transfer of ownership has been approved, and creditor and his counsel were removed from the docket and barred from further filings without leave of court. See Minute Order, McNae v. ARAG Legal Insurance Co., ECF No. 131 (W.D. Wash. Jan. 9, 2026). |
| VALUE | Disputed. Creditor-reported credit bid of $25,000.00 does not establish ownership or fair market value and remains subject to court determination. <br> No judicial determination of value or transfer of ownership |
| STATUS | **Disputed. No-court-approved transfer of claims** |

5.4

| **2. CREDITOR** | Michael Fitzgerald |
| --- | --- |
| **ADDRESS** | 1585 Bay Drive – Miami Beach, Florida 33141 |
| **DATE** | December 24, 2025 |
| **PROPERTY** | Funds in Ally Bank account held by non-filing spouse, including unemployment benefits, restrained under writ of garnishment; funds remained restrained as of petition date (01/22/2026). |
| **VALUE** | $1,606.47 |
| **EXPLAIN** | Judgment creditor obtained a writ of garnishment directed to Ally Bank, resulting in restraint of funds in an account held solely by the non-filing spouse, including unemployment benefits claimed as exempt; the non-filing spouse timely objected and asserted exemptions, but funds remained restrained as of the petition date. |
| **STATUS** | **Funds remain restrained despite non-filing spouse's timely objection and assertion of exemption as unemployment benefits** |

5.5

| | |
|---|---|
| **3. CREDITOR** | Michael Fitzgerald |
| **ADDRESS** | 1585 Bay Drive – Miami Beach, Florida 33141 |
| **DATE** | November 19, 2025 |
| **PROPERTY** | Sheriff's execution under Writ of Execution on Personal Property at Debtor's residence. No tangible personal property of the Debtor was seized or removed. Deputies accessed and recorded banking information relating to accounts associated with the non-filing spouse and third-party vulnerable adult.<br><br>Execution and search are disputed and are the subject of three separate investigations and subject of pending civil litigation, McNae v. King County Sheriff's Office, W.D. Wash.<br><br>In-home camera footage reflects Deputies accessing and reviewing banking information; no inventory, report, or copy of such information was provided to the Debtor. |
| **EXPLAIN** | Deputies entered the residence pursuant to a writ of execution and stated that the purpose of the entry was to identify personal property for potential seizure and sale at a sheriff's auction to satisfy the judgment debt. No physical personal property was seized. During execution, deputies recorded banking information relating to accounts associated with the non-filing spouse and a third party and communicated that information by telephone to a third party associated with judgment creditors counsel. No inventory, receipt, or copy of recorded information was provided to Debtor or non-filing spouse. The execution, scope of search and disclosure of financial information are disputed and are the subject of pending investigations and pending civil litigation. |
| **VALUE** | None stated for tangible personal property; no physical property seized or removed. No monetary valuation assigned to recorded information |
| **STATUS** | **Disputed. No physical seizure of Debtor's tangible property; legality and use of obtained information are contested. No-court-approved transfer of claims** |

| 4. CREDITOR | Michael Fitzgerald |
|---|---|
| ADDRESS | 1585 Bay Drive – Miami Beach, Florida 33141 |
| DATE | July 16, 2025 |
| PROPERTY | Wages of non-filing spouse (Microsoft employee), approximately 25% withheld over three pay periods under writ of garnishment. |
| EXPLAIN | Judgment creditor obtained a writ of garnishment directed to non-filing spouse's employer (Microsoft), which withheld approximately 25% of wages over three pay periods; the garnishment was later quashed and all withheld funds were refunded to the non-filing spouse on or about September 17, 2025. |
| VALUE | Approximately $6,939 |
| STATUS | **Garnishment quashed; funds refunded before petition.** |

| 5. CREDITOR | Michael Fitzgerald |
|---|---|
| ADDRESS | 1585 Bay Drive – Miami Beach, Florida 33141 |
| DATE | July–August 2025 |
| PROPERTY | Funds in Chase Bank accounts belonging to Debtor and non-filing spouse were temporarily restrained pursuant to garnishment. Garnishment was later quashed and funds released. |
| VALUE | Amount temporarily restrained (later released) |
| STATUS | **Restraints quashed; funds released before petition.** |

5.7

| 6. CREDITOR | Michael Fitzgerald |
|---|---|
| ADDRESS | 1585 Bay Drive – Miami Beach, Florida 33141 |
| DATE | May 2025-January 2026 (prompting Bankruptcy) |
| ACTION | Issuance of writs, subpoenas, and threatened contempt proceedings seeking financial account and stock credential/account information not in Debtor's custody or control |
| PROPERTY | None adjudicated to belong to Debtor |
| OUTCOME | Enforcement efforts halted/denied pending appeal; actions contributed to Debtor's decision to file bankruptcy. Certain enforcement efforts sought disclosure of financial accounts and securities held solely by the spouse (non-filer/non-debtor), over which Debtor has no possession, custody, access, or control. Certain restraints were quashed, released, modified, and others disputed. |

| 7. CREDITOR | Michael Fitzgerald |
|---|---|
| ADDRESS | 1585 Bay Drive – Miami Beach, Florida 33141 |
| DATE | April -May 2025 - **2:25-mc-00024** |
| PROPERTY | None successfully taken from Debtor |
| OUTCOME STATUS | Judgment creditor registered a federal judgment for enforcement using a clerk's certification stating no pending post-judgment motions or appeal, despite Rule 59 and Rule 60 motions had been filed days prior and we pending including a motion filed by judgment creditor to amend judgement. Registration was used to initiate enforcement efforts in Washington across forums. Enforcement actions are disputed and subject to pending appeal, post-judgment proceedings, and potential future actions. |

5.8

**Custody Disclaimer:** Debtor lacks possession, custody, access, or control over referenced non-debtor spouse/third-party bank accounts, investment accounts, securities, account numbers, or login credentials. Enforcement targeted assets/information held solely by others.

Enforcement Timeline:

- S.D. Fla. Federal (1:22-cv-22171-JEM): Post-judgment enforcement/contempt demands re: spouse accounts (outside Debtor control). Denied/limited pending appeal (11th Cir. 25-11685).

- Judgment During Appeal: Clerk certification falsely stated no pending motions/appeal (despite active RR59/60 + appeal); used for WA domestication (W.D. Wash. 2:25-mc-00024).

- WA Enforcement Sequence: Post-FL denial → federal (2:25-mc-00024) + state filings (25-2-19105-2 SEA); writs targeting exempt unemployment ($1,606 Ally), spouse wages (Microsoft ~$6,939), Chase funds, sheriff execution (11/19/25, no tangible seized).

- FL State Leverage (2023-025855-CA-01): Creditor cited federal judgment vs. non-party Debtor to assert liability despite Debtor's non-party status.

- ARAG Interference: Post-judgment, creditor counsel contacted insurer proposing "global resolution" conditioned on payment; referenced credit bids/levies vs. ARAG litigation (W.D. Wash. 2:24-cv-00211-TL) + KCSO civil rights (2:25-cv-02710-JNW). Continued post-cease-and-desist; bypassed appellate counsel.

**Status:** No Debtor assets transferred. Exempt restraints quashed/pending. Litigation ongoing across jurisdictions. Escalating multi-forum pressure contributed to bankruptcy filing.

5.9

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name | | | |
| _____<br>Number    Street | | _____ | $_____ |
| _____ | | | |
| _____<br>City        State    ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number    Street | | | |
| _____<br>City        State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number    Street | | | |
| _____<br>City        State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Case 26-10051-CMA    Doc 40    Filed 02/15/26    Ent. 02/17/26 07:45:57    Pg. 44 of 51

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name<br><br>_____<br><br>_____<br>Number    Street<br><br>_____<br>City      State      ZIP Code | | _____<br><br>_____ | $_____<br><br>$_____ |

## Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

## Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____<br>Person Who Was Paid<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City      State      ZIP Code<br><br>_____<br>Email or website address<br><br>_____<br>Person Who Made the Payment, if Not You | | _____<br><br>_____ | $_____<br><br>$_____ |

Case 26-10051-CMA    Doc 40    Filed 02/15/26    Ent. 02/17/26 07:45:57    Pg. 45 of 51

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number    Street | | _____ | $_____ |
| City          State      ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number    Street | | _____ | $_____ |
| City          State      ZIP Code | | | |

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Marjorie E. McNae<br>Person Who Received Transfer<br>13452 124th AVE NE<br>Number    Street<br><br>Kirkland        WA    98033<br>City          State      ZIP Code<br>Person's relationship to you Mother to non-filing spouse | On or about September 29, 2025, approximately $26,000 was transferred from William McNae's Ally Bank account to Marjorie E. McNae. | Repayment of prior funds advanced to William McNae. The full amount was returned to William McNae's Ally Bank account in October and November 2025, prior to the January 8, 2026 petition date. | 09/29/2025 |
| Neon Black Collective, LLC<br>Person Who Received Transfer<br>1520 Eastlake AVE E<br>Number    Street<br><br>Seattle         WA    98102<br>City          State      ZIP Code<br>Person's relationship to you Vendor | Approximately $17,000 paid between November 20–24, 2025 to non-filing spouse William McNae's account for website development services. | Website development and professional services rendered. Payment made in the ordinary course of financial affairs. | 11/24/2025 |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____<br>Name of Financial Institution<br><br>_____<br>Number   Street<br><br>_____<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| _____<br>Name of Financial Institution<br><br>_____<br>Number   Street<br><br>_____<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>Name of Financial Institution<br><br>_____<br>Number   Street<br><br>_____<br>City   State   ZIP Code | _____<br>Name<br><br>_____<br>Number   Street<br><br>_____<br>City   State   ZIP Code | | ☐ No<br>☐ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Storage Facility | Name | | ☐ No<br>☐ Yes |
| Number   Street | Number   Street | | |
| City            State   ZIP Code | City State  ZIP Code | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $_____ |
| Number   Street | Number   Street | | |
| City            State   ZIP Code | City              State   ZIP Code | | |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| Number   Street | Number   Street | | |
| City            State   ZIP Code | City            State   ZIP Code | | |

Case 26-10051-CMA    Doc 40    Filed 02/15/26    Ent. 02/17/26 07:45:57    Pg. 48 of 51

**25.** **Have you notified any governmental unit of any release of hazardous material?**

☑ **No**

☐ **Yes. Fill in the details.**

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| Number    Street | Number    Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**26.** **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ **No**

☐ **Yes. Fill in the details.**

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name | | ☐ Pending |
| | Number    Street | | ☐ On appeal |
| | | | ☐ Concluded |
| Case number | City          State    ZIP Code | | |

---

**Part 11:**  **Give Details About Your Business or Connections to Any Business**

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ **No. None of the above applies. Go to Part 12.**

☐ **Yes. Check all that apply above and fill in the details below for each business.**

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Number    Street | Name of accountant or bookkeeper | Dates business existed |
| City          State    ZIP Code | | From _____ To _____ |
| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| Business Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Number    Street | Name of accountant or bookkeeper | Dates business existed |
| City          State    ZIP Code | | From _____ To _____ |

Case 26-10051-CMA    Doc 40    Filed 02/15/26    Ent. 02/17/26 07:45:57    Pg. 49 of 51

| Business Name | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| | | Do not include Social Security number or ITIN. |
| Number    Street | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |
| | Name of accountant or bookkeeper | Dates business existed |
| City           State    ZIP Code | | From _____  To _____ |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

| | Date issued |
| --- | --- |
| Name | MM / DD / YYYY |
| Number    Street | |
| City           State    ZIP Code | |

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _____          ✗ _____
   Signature of Debtor 1                          Signature of Debtor 2

Date 02/15/2026                                 Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1    Ronda       Delapina       McNae
First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing) First Name       Middle Name       Last Name

United States Bankruptcy Court for the: Western District of Washington

Case number    26-10051-CMA
(If known)

Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ _____     ✗ _____
Signature of Debtor 1                          Signature of Debtor 2

Date   02/15/2026              Date _____
     MM / DD / YYYY                          MM / DD / YYYY