# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>RONDA MCNAE,<br><br>Debtor. | CASE NO. 26-10051-CMA<br><br>Chapter 7<br><br>**AGREED ORDER ON DEBTOR'S AMENDED MOTION TO CLARIFY OR MODIFY THE AUTOMATIC STAY** |

The Court has considered the Debtor's Amended Motion to Clarify or, in the Alternative, to Modify the Automatic Stay for the Limited Purpose of Continuation of a Pending Appeal, Dkt. 33, and the record herein.

**IT IS HEREBY ORDERED:**

This Agreed Order resolves the Debtor's Amended Motion solely to the limited extent set forth in paragraphs 1 through 3 below.

1. **Clarification of Stay.** The continuation of the Debtor's pending appeal before the United States Court of Appeals for the Eleventh Circuit does not constitute an act to enforce, collect, or recover a claim against the Debtor, and therefore does not violate the automatic stay under 11 U.S.C. § 362(a).

2. **Alternative Relief.** To the extent clarification alone is insufficient, the automatic stay is modified for cause under 11 U.S.C. § 362(d)(1) solely to permit the Debtor's pending appeal to proceed to disposition.

3. **No Enforcement Authorized.** Nothing in this Order authorizes or permits enforcement, collection, execution, or any other affirmative relief with respect to any judgment or order absent further order of this Court.

///END OF ORDER///

PRESENTED BY AND AGREED TO:

*Ronda McNae* (Feb 19, 2026 15:30:40 PST)

Ronda McNae
Pro se, Debtor


*Michael Sperry*

Michael M. Sperry, WSBA #43760
SCHWEET LINDE & ROSENBLUM, PLLC
Counsel for Creditor Michael Fitzgerald


*Michael P Klein* (Feb 19, 2026 16:03:04 PST)

Michael P. Klein, WSBA #18079
Chapter 7 Trustee

AGREED ORDER ON DEBTOR'S AMENDED
MOTION TO CLARIFY OR MODIFY THE AUTOMATIC STAY
Case No. 26-10051-CMA - 2

Case 26-10051-CMA    Doc 43    Filed 02/20/26    Ent. 02/20/26 08:00:05    Pg. 2 of 4

# 2.19.26 AGREED ORDER ON DEBTORS AMENDED MOTION TO CLARIFY OR MODIFY THE AUTOMATIC STAY final

Final Audit Report                                    2026-02-20

| | |
|---|---|
| Created: | 2026-02-19 |
| By: | Michael Sperry (MichaelS@schweetlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA98nW3WfNpiXOphqE96MUYIo8xoLIkTC5 |

## "2.19.26 AGREED ORDER ON DEBTORS AMENDED MOTION TO CLARIFY OR MODIFY THE AUTOMATIC STAY final" History

- Document created by Michael Sperry (MichaelS@schweetlaw.com)
  2026-02-19 - 11:27:06 PM GMT

- Document emailed to Ronda McNae (prose.rmcnae@gmail.com) for signature
  2026-02-19 - 11:27:10 PM GMT

- Document emailed to trusteeklein@hotmail.com for signature
  2026-02-19 - 11:27:10 PM GMT

- Document emailed to Michael Sperry (MichaelS@schweetlaw.com) for signature
  2026-02-19 - 11:27:10 PM GMT

- Email viewed by Michael Sperry (MichaelS@schweetlaw.com)
  2026-02-19 - 11:28:13 PM GMT

- Email viewed by Ronda McNae (prose.rmcnae@gmail.com)
  2026-02-19 - 11:28:16 PM GMT

- Document e-signed by Michael Sperry (MichaelS@schweetlaw.com)
  Signature Date: 2026-02-19 - 11:28:23 PM GMT - Time Source: server

- Document e-signed by Ronda McNae (prose.rmcnae@gmail.com)
  Signature Date: 2026-02-19 - 11:30:40 PM GMT - Time Source: server

Adobe Acrobat Sign

Email viewed by trusteeklein@hotmail.com
2026-02-20 - 0:02:12 AM GMT

Signer trusteeklein@hotmail.com entered name at signing as Michael P Klein
2026-02-20 - 0:03:02 AM GMT

Document e-signed by Michael P Klein (trusteeklein@hotmail.com)
Signature Date: 2026-02-20 - 0:03:04 AM GMT - Time Source: server

Agreement completed.
2026-02-20 - 0:03:04 AM GMT

Adobe Acrobat Sign