# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re Ronda Delapina McNae,

Debtor.

No. 26-10051

EX-PARTE MOTION TO EXTEND DEADLINES TO FILE COMPLAINTS UNDER 11 U.S.C. §727 and §523

## I. STIPULATED EX-PARTE MOTION

The debtor and trustee stipulate to the extension of the deadlines to file complaints to May 20, 2026 because the debtor was ill and was unable to attend the continued meeting of creditors that was scheduled for March 9, 2026 at 2:30 p.m. The meeting of creditors has been continued to April 20, 2026 at 2:30 p.m. The deadline to file complaints pursuant to Bankruptcy Rules 4004, 4007(c) and 9006(b)(3), and 11 U.S.C. §§523 and 727 expires April 10, 2026.

## II. CONCLUSION

Wherefore, the debtor and trustee seeks an order approving the extension of deadlines as noted above.

Dated this __10th__ day of March, 2026

    /s/Michael P. Klein
    Michael P. Klein
    Chapter 7 Trustee

Dated this _____ day of March, 2026

    /s/
    Ronda D. McNae
    Debtor

EX-PARTE STIPULATED MOTION TO EXTEND DEADLINES TO FILE COMPLAINTS UNDER 11 U.S.C. §727 and §523- 1

**Michael P. Klein**
Chapter 7 Trustee
330 Madison Ave. S., Suite 105
Seattle, Washington 98101
(206) 521-7247

Case 26-10051-CMA    Doc 80    Filed 03/13/26    Ent. 03/13/26 06:04:53    Pg. 1 of 1