# AMENDMENT COVER SHEET

**FILED - WAWB**
**MAR 14 2026 4:05 PM**
**Gina Zadra Walton, Clerk of Court**

DEBTOR(S) LAST NAME: McNae

CASE NUMBER: 26-10051-CMA      CHAPTER: 7

ATTORNEY FOR DEBTOR: pro se      PHONE: (206)914-6752

See **Local Rule of Bankruptcy Procedure 1009-1: Amendments to Petition, Lists, Schedules and Statements** for additional information and noticing requirements.

## PLEASE CHECK WHAT IS BEING AMENDED

*****ONLY ONE $34 FEE IS REQUIRED IF AN AMENDMENT CONTAINS MORE THAN ONE CHANGE TO THE SCHEDULES AND LIST OF CREDITORS. SUBMIT ORIGINAL ONLY – NO COPIES REQUIRED**

1. ☐ **PETITION** - Change a debtor(s) name requires Ex Parte Motion & Order (No fee required)

2. **MAILING MATRIX (LIST OF CREDITORS):**

   ☐ **Adding, Deleting Creditors (Requires $34 Fee)**

   ☒ **Changing the address of a creditor or an attorney for a creditor listed on the schedules or to adding the name and address of an attorney for a listed creditor. (No fee required)**

   **When submitting an amended matrix, send matrix with ONLY the amended creditors.** ECF filers are required to upload additional creditors into ECF by selecting Bankruptcy, Creditor Maintenance.

3. **SCHEDULES:** A declaration is required with **all** amended schedules. Form 106Dec-Declaration About an Individual Debtor's Schedules (individuals) *or* Form 202-Declaration Under Penalty of Perjury for Non-Individual Debtors (businesses)

   ☐ **D, E/F (Requires $34 fee)** - A fee is charged to add creditors, delete creditors, change the amount of a debt, or change the classification of a debt.

   ☐ **A/B, C, G, H, I, J, J-2 (No fee required)**

4. **AMENDING AMOUNTS/TOTALS OF SCHEDULES:**

   ☐ **D, E/F (Requires $34 fee)**

   ☐ **A/B, C, G, H, I, J, J-2 (No fee required)**

5. ☐ **STATEMENT OF FINANCIAL AFFAIRS (No fee required)**

Amendment Cover Sheet
Local Forms W.D. Wash. Bankr., Form 2 - Eff. 12/2023

Case 26-10051-CMA    Doc 84    Filed 03/14/26    Ent. 03/16/26 10:02:37    Pg. 1 of 2

# CREDIT MATRIX MAILING LIST

**CREDITOR ADDRESS TO BE CORRECTED:**

**Jury Firm UK**

84 Brook Street

London W1K 5EH

UNITED KINGDOM

1