Honorable Judge Christopher M. Alston
Chapter 7
Location: Seattle
EX PARTE

Schweet Linde & Rosenblum, PLLC
5601 6th Ave S, Suite 258
P.O. Box 80646
Seattle, WA 98108
P: (206) 275-1010
F: (206) 381-0101

## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Case No.: 26-10051-CMA |
| RONDA DELAPINA MCNAE | **EX PARTE MOTION FOR 2004 ORDER AUTHORIZING ISSUANCE OF SUBPOENAS DUCES TECUM** |
| Debtor. | |

## Motion

Creditor Michael Fitzgerald ("**Creditor**") respectfully moves the court for the entry of an order authorizing Creditor to issue a *subpoena duces tecum* to: (1) Key Investment Services LLC (the "**Bank**").

This Motion is made pursuant to Bankruptcy Rule 2004, and it is supported by the records and files herein, and the subjoined certification of counsel.

DATED: March 30, 2026.

**SCHWEET LINDE & ROSENBLUM, PLLC**

*/s/ Michael M. Sperry*
Michael M. Sperry, WSBA #43760
*Attorneys for Michael Fitzgerald*

EX PARTE MOTION FOR 2004 ORDER – 1

## Certification of Counsel

Michael M. Sperry declares:

1.      I am one of the attorneys representing Creditor, the largest unsecured creditor in the above captioned Chapter 7 proceeding.

2.      Based on responses received to prior subpoenas authorized by this Court, Creditor believes the Bank has information and/or documents that will relate to assets for administration, issues in this matter regarding potential avoidable transfers, and possible actions relating to the discharge of the obligation owed to Creditor.

3.      This is the second time Creditor is seeking an order to issue subponeas pursuant to Fed. R. Bankr. P. 2004. In response to the initial round of subpoenas Ronda McNae and William McNae (collectively hereinafter the "**McNaes**")sought relief from said subpoenas, including that certain subpoenas be quashed.

4.      The terms the Court imposed in response the McNaes motion to quash are included in the proposed form of order, including the requirement that Creditor is responsible for the cost of any production.

5.      Based on the foregoing, Creditor requests the opportunity to issue a *subpoena duces tecum* to the Bank.

**I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.**

Signed and dated this 30th day of March 2026, at Seattle, Washington.

*/s/ Michael M. Sperry*
Michael M. Sperry

EX PARTE MOTION FOR 2004 ORDER – 2

*SCHWEET LINDE & ROSENBLUM, PLLC*
5601 6TH AVE S SUITE 258
P.O. BOX 80646
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101