## AMENDMENT COVER SHEET

**FILED - WAWB**
**APR 26 2026 8:22 PM**
**Gina Zadra Walton, Clerk of Court**

DEBTOR(S) LAST NAME __MCNAE__

CASE NUMBER __26-10051-CMA__          CHAPTER __7__

ATTORNEY FOR DEBTOR __Pro se__          PHONE __(206)914-6752__

*See **Local Rule of Bankruptcy Procedure 1009-1: Amendments to Petition, Lists, Schedules and Statements** for additional information and noticing requirements.*

# PLEASE CHECK WHAT IS BEING AMENDED

**\*ONLY ONE $34 FEE IS REQUIRED IF AN AMENDMENT CONTAINS MORE THAN ONE CHANGE TO THE SCHEDULES AND LIST OF CREDITORS. SUBMIT ORIGINAL ONLY – NO COPIES REQUIRED**

1.  ☐  **PETITION -** Change a debtor(s) name requires Ex Parte Motion & Order (No fee required)

2.  **MAILING MATRIX (LIST OF CREDITORS):**

    ☐  **Adding, Deleting Creditors (Requires $34 Fee)**

    ☐  **Ch**anging **the address of a creditor or an attorney for a creditor listed on the schedules or to adding the name and address of an attorney for a listed creditor. (No fee required)**

    **When submitting an amended matrix, send matrix with <span style="color:red">ONLY</span> the amended creditors.** ECF filers are required to upload additional creditors into ECF by selecting Bankruptcy, Creditor Maintenance.

3.  **SCHEDULES:**  A declaration is required with **all** amended schedules. Form 106Dec-Declaration About an Individual Debtor's Schedules (individuals) *or* Form 202-Declaration Under Penalty of Perjury for Non-Individual Debtors (businesses)

    ☐  **D, E/F (Requires $34 fee) - A fee is charged to add creditors, delete creditors, change the amount of a debt, or change the classification of a debt.**

    ☑  **A/B, C, G, H, I, J, J-2 (No fee required)**

4.  **AMENDING AMOUNTS/TOTALS OF SCHEDULES:**

    ☐  **D, E/F (Requires $34 fee)**

    ☑  **A/B, C, G, H, I, J, J-2 (No fee required)**

5.  ☐  **STATEMENT OF FINANCIAL AFFAIRS (No fee required)**

Amendment Cover Sheet
Local Forms W.D. Wash. Bankr., Form 2 - Eff. 12/2023

Case 26-10051-CMA   Doc 104   Filed 04/26/26   Ent. 04/27/26 09:34:44   Pg. 1 of 21

Debtor 1        Ronda            Delapina         McNae
_____
                First Name        Middle Name       Last Name

Debtor 2        _____
(Spouse, if filing)  First Name        Middle Name       Last Name

United States Bankruptcy Court for the: Western District of Washington

Case number    26-10051-CMA
               _____

☑ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☑ No. Go to Part 2.
☐ Yes. Where is the property?

1.1. _____
      Street address, if available, or other description

     _____

     _____
     City              State      ZIP Code

     _____
     County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
$_____                                $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

1.2. _____
      Street address, if available, or other description

     _____

     _____
     City              State      ZIP Code

     _____
     County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
$_____                                $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

Case 26-10051-CMA    Doc 104    Filed 04/26/26    Ent. 04/27/26 09:34:44    Pg. 2 of 21

1.3. _____
Street address, if available, or other description

_____

_____
City                State      ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**

$_____   $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ……………………… ➔  $_____

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1. Make: GMC
Model: Yukon XL
Year: 2023
Approximate mileage: 30,001
Other information:
Vehicle listed in non-filing spouses name. Community property interest. Secured debt exceeds value.

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**

$  70,160.00   $  35,080.00

If you own or have more than one, describe here:

3.2. Make: Jeep
Model: G. Chrke
Year: 2020
Approximate mileage: 43,317
Other information:
Vehicle listed in non-filing spouses name. Community property interest. Secured debt exceeds value.

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**

$  23,420.00   $  11,710.00

Debtor 1 ___Ronda_____Delapina_____McNae_____     Case number *(if known)* 26-10051-CMA_____

First Name          Middle Name          Last Name

3.3. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

|  |
|---|
|  |

**Who has an interest in the property?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** / **Current value of the portion you own?**

$_____  $_____

3.4. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

|  |
|---|
|  |

**Who has an interest in the property?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** / **Current value of the portion you own?**

$_____  $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

❑ No
❑ Yes

4.1. Make: _____

Model: _____

Year: _____

Other information:

|  |
|---|
|  |

**Who has an interest in the property?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** / **Current value of the portion you own?**

$_____  $_____

If you own or have more than one, list here:

4.2. Make: _____

Model: _____

Year: _____

Other information:

|  |
|---|
|  |

**Who has an interest in the property?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** / **Current value of the portion you own?**

$_____  $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ......................➔  $ _____46,790.00

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**

*Examples*: Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe......... Typical household furniture, furnishings, kitchenware, and linens. Major appliances owned by landlord.     $ 3,500.00

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe.......... Typical household electronics including t.v's, laptops, tablets, cell phones, small cameras, and basic accessories. No high-end or professional equipment.     $ 2,000.00

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe..........     $ 0.00

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe......... Bicycles and typical sports and recreational equipment for family use, including helmets and basic gear. Two electric bicycles for minor children. Two adult electric bicycles, one in poor non-functional condition and one still used. One home exercise machine purchased by non-filing spouse in approximately 2020 using employer-provided fitness funds. All items used and in ordinary household condition.     $ 1,300.00

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe..........     $ 0.00

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe......... Typical everyday clothing and shoes for household of six, including three pairs of used designer sneakers. No luxury wardrobe.     $ 1,500.00

12. **Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe.......... Costume jewelry and personal items. Wedding ring lost and not in possession since 2023.     $ 150.00

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe........... Small 8lb household dogs, family pets. One is an emotional support animal w paperwork.     $ 50.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information. .............     $ 0.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................... →     $ 8,500.00

| Part 4: | Describe Your Financial Assets |
|---------|-------------------------------|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ......................................................................................................... Cash: ...................... $ 40.00

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .................... Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Chase Bank - Ronda's Spending Acct. (9110) | $ 93.68 |
| 17.2. Checking account: | Chase Bank - Joint Spending Acct. (9380) | $ 3.49 |
| 17.3. Savings account: | Greenlight Financial (Ella) (Minor Acct) (5611) | $ 243.00 |
| 17.4. Savings account: | Greenlight Financial (Liam) (Minor Acct) (1604) | $ 328.31 |
| 17.5. Certificates of deposit: | | $ 0.00 |
| 17.6. Other financial account: | Chase Bank - Bills (1110) | $ 57.01 |
| 17.7. Other financial account: | Chase Bank - (Liam) (Minor Acct) (8154) | $ 10.00 |
| 17.8. Other financial account: | Chase Bank - (Ella) (Minor Acct) (8048) | $ 10.00 |
| 17.9. Other financial account: | Greenlight Financial - Parent Acct. for kid transfers | $ 0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ................ Institution or issuer name:

$ 0.00
$ 0.00
$ 0.00

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them........................

| Name of entity: | % of ownership: | |
|---|---|---|
| | 0% | $ 0.00 |
| | 0% | $ 0.00 |
| | 0% | $ 0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific    Issuer name:
information about
them......................

$_____ 0.00
$_____ 0.00
$_____ 0.00

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each
account separately.    Type of account:    Institution name:

| | | |
|---|---|---|
| 401(k) or similar plan: | | $_____ 0.00 |
| Pension plan: | | $_____ 0.00 |
| IRA: | | $_____ 0.00 |
| Retirement account: | | $_____ 0.00 |
| Keogh: | | $_____ 0.00 |
| Additional account: | | $_____ 0.00 |
| Additional account: | | $_____ 0.00 |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☐ No
☑ Yes ..........................    Institution name or individual:

| | | |
|---|---|---|
| Electric: | | $_____ 0.00 |
| Gas: | | $_____ 0.00 |
| Heating oil: | | $_____ 0.00 |
| Security deposit on rental unit: | P & D Rentals | $_____ 3,995.00 |
| Prepaid rent: | | $_____ 0.00 |
| Telephone: | | $_____ 0.00 |
| Water: | | $_____ 0.00 |
| Rented furniture: | | $_____ 0.00 |
| Other: | | $_____ 0.00 |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes ..........................    Issuer name and description:

$_____ 0.00
$_____ 0.00
$_____ 0.00

24. **Interests in an education IRA**, **in an account in a qualified ABLE program**, or **under a qualified state tuition program**.
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

❑ Yes ..................................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____    $_____0.00

_____    $_____

_____    $_____0.00

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

❑ Yes. Give specific
information about them....    $_____0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

❑ Yes. Give specific
information about them....    $_____0.00

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

❑ Yes. Give specific
information about them....    $_____0.00

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

❑ No

☑ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. ....................

> 2025 joint federal income tax refund, including refundable credits, arising in part from refundable adoption credit claimed for special-needs adopted children Oakley and Rowan. $10,000 refundable adoption credit.
> Amount shown may be subject to allocation between Debtor and non-filing spouse. Return filed.

Federal:    $_____19,748.00
State:      $_____0.00
Local:      $_____0.00

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

❑ Yes. Give specific information..............

Alimony:             $_____0.00
Maintenance:         $_____0.00
Support:             $_____0.00
Divorce settlement:  $_____0.00
Property settlement: $_____0.00

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

❑ Yes. Give specific information..............    $_____0.00

31. **Interests in insurance policies**
    *Examples:* Health, disability**,** or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No
    ☑ Yes. Name the insurance company
    of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Auto & Rental - Safeco | N/A | $ 0.00 |
| COBRA Medical Insurance | N/A | $ 0.00 |
| Life Insurance | N/A | $ 0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No
    ☐ Yes. Give specific information..............            $ 0.00

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No
    ☑ Yes. Describe each claim. .........  Debtor holds contingent, disputed, and unliquidated claims against third parties, including insurance coverage and bad faith claims; claims arising from alleged wrongful execution, levy, garnishment, and related enforcement conduct; civil rights and statutory claims; other litigation-related rights to recovery; and any potential claim against a tax preparer arising from allegedly inaccurate return preparation and resulting fees, penalties, amendment costs, or other damages. **Value unknown.**            $

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No
    ☑ Yes. Describe each claim. ....................  Debtor also discloses any contingent, unliquidated, or after-discovered counterclaims, rights of setoff, or related claims not separately itemized in Item 33. **Value unknown.**            $

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information............            $ 0.00

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here .................................................................................. ➜            $ 24,528.49

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe.......            $ 0.00

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes. Describe.......            $ 0.00

## A. Identified Claims and Related Litigation

| Case / Reference<br>**Page 8.1, Line 1** | **2:24-cv-00211-TL**<br>**United States District Court for the Western District of Washington**<br>Judge Tana Lin |
|---|---|
| **Parties** | ***William McNae and Ronda McNae***<br>***v.***<br>***ARAG Legal Insurance Company*** |
| **Nature of Claim** | Debtor's interest only in William McNae and Ronda McNae v. ARAG Insurance Company, W.D. Wash. Case No. 2:24-cv-00211-TL. Claims include insurance coverage, bad faith, negligent claims handling, CPA, IFCA, declaratory relief, equitable/injunctive relief, attorney fees, emotional distress, enforcement-related harms, future defense-benefit claims, and related damages arising from ARAG's handling of covered legal-insurance matters. Debtor schedules only her own interest. Co-plaintiff William McNae asserts independent non-debtor claims, including his own coverage, defense-benefit, damages, attorney-fee, declaratory, and equitable claims, which are not property of Debtor's bankruptcy estate. |
| **Status** | Pending. Defendant's motion for partial summary judgment remains pending. Plaintiffs' motion for leave to file Second Amended and Supplemental Complaint was filed April 13, 2026. |
| **Value** | Unknown, contingent, disputed, and unliquidated. |

| Case / Reference<br>**Page 8.1, Line 2** | **2:25-cv-02710-JNW**<br>**United States District Court for the Western District of Washington**<br>Judge Jamal N. Whitehead |
|---|---|
| **Parties** | ***William McNae and Ronda McNae***<br>***v.***<br>***King County, Detective Debby Schmitz, Detective Chris E. Wyzykowski, Detective Michael C. Mansanarez, and Does 1-10*** |
| **Nature of Claim** | Debtor's interest only in *William McNae and Ronda McNae v. King County et al.*, W.D. Wash. Case No. 2:25-cv-02710-JNW. Claims include civil-rights, Fourth Amendment, ADA/Rehabilitation Act, privacy, personal injury, emotional distress/PTSD, declaratory, nominal, punitive, statutory, and related damages claims arising from the November 19, 2025 writ execution at Plaintiffs' home. Claims concern the manner of execution of a civil writ, including alleged unreasonable search and seizure, failure to provide reasonable disability accommodation, and related training, supervision, policy, municipal-liability, and post-execution record issues. Debtor schedules only her own interest. Debtor does not schedule or claim ownership of William McNae's claims. Co-plaintiff William McNae asserts independent non-debtor claims, including his own constitutional, privacy, property, emotional distress, declaratory, nominal, punitive, statutory, and related damages claims, which are not property of Debtor's bankruptcy estate. |
| **Status** | Pending. Defendants' Rule 12 motion remains pending. Plaintiffs' motion for leave to file Second Amended Complaint was filed April 13, 2026. Plaintiffs served Rule 34 requests for production on March 23, 2026. Defendants have not served responses or produced documents and stated they would not proceed absent a stay order. Plaintiffs filed a motion to compel discovery responses, which remains pending. Plaintiffs filed a request for judicial notice of official court and agency records under Federal Rule of Evidence 201, for the limited purpose of establishing the existence, dates, and procedural posture of those records. Plaintiffs also filed a notice submitting physical video exhibits to the Clerk, including Ring camera recordings identified as MCNAE-VID-001 through MCNAE-VID-022. |
| **Value** | Unknown, contingent, disputed, and unliquidated. |

**8.1**

| Case / Reference Page 8.2, Line 1 | 1:22-cv-22171-JEM United States District Court for the Southern District of Florida Judge Jose E. Martinez |
|---|---|
| Parties | *Michael Fitzgerald* *v.* *Ronda McNae* *Yelany De Varona and William McNae were previously dismissed.* |
| Nature of Claim | Underlying S.D. Fla. breach-of-contract judgment involving enforcement of CSA nondisclosure and non-disparagement provisions after Debtor reported alleged sexual assault. Debtor disputes liability, damages, statutory enforceability, public-policy issues, and procedural rulings. Judgment is currently under appellate review. |
| Status | Amended final judgment entered. Appeal pending in Eleventh Circuit Case No. 25-11685. |
| Value | Disputed liability/judgment debt. |

*This entry reflects an adverse judgment asserted against the Debtor, not a claim held by the Debtor.*

| Case / Reference Page 8.2, Line 2 | No. 25-11685 United States Court of Appeals for the Eleventh Circuit |
|---|---|
| Parties | *Michael Fitzgerald, et al.* *v.* *Ronda McNae, et al.* |
| Nature of Claim | Debtor's interest only in appellate challenge to the S.D. Fla. judgment, including challenges to summary-judgment rulings, contract interpretation, Speak Out Act issues, public policy, damages, and related rulings. Appeal seeks reversal, vacatur, modification, or remand. Includes any contingent right of Debtor to recover attorney fees, costs, or other relief if Debtor prevails. |
| Status | Pending. |
| Value | Unknown, contingent, disputed, and unliquidated. |

*Debtor is not a party to this action and asserts no ownership interest in the claims or defenses at issue.*

**8.2**

| Case / Reference Page 8.3, Line 1 | No. 2023-025855-CA-01 11th Judicial Circuit, Miami-Dade County Judge Viviane Del Rio **Related litigation / disclosure only / not Debtor's asset**. |
|---|---|
| **Parties** | *Michael Fitzgerald* *v.* *William McNae* *William McNae is the non-filing, non-debtor spouse.* |
| **Nature of Claim** | Related Florida state-court litigation against non-filing spouse William McNae alleging his own liability for breach of the CSA. Listed for disclosure only because the action may implicate alleged community-property issues, judgment-enforcement issues, or related proceedings. Debtor does not schedule or claim ownership of William McNae's independent defenses, claims, counterclaims, litigation rights, separate property, or exempt community-property interests. Debtor previously filed limited non-party papers in this action, including a limited motion to intervene concerning newly discovered evidence and a notice objecting to improper reliance on federal findings against her. Debtor is not a party to this action, and Debtor does not schedule William McNae's litigation rights or protected non-debtor/community-property interests as property of Debtor's bankruptcy estate. |
| **Status** | Pending. Plaintiff's motion for summary judgment remains at issue. The noticed May 27, 2026 hearing was cancelled, and the related notice of hearing was rejected for failure to follow division procedures. |
| **Value** | Not Debtor's direct asset. Disputed related litigation involving non-debtor spouse and potential community-property issues. |

**8.3**

**B. Additional Disclosed Claim Categories**

<u>**Page 8.4, Line 1-6**</u>

1. **Yelany De Varona:** Potential civil tort claims, Debtor's interest if any, arising from alleged litigation-related misconduct and related acts. Prior case: *McNae et al. v. De Varona-Fitzgerald*, Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida, filed April 9, 2025, pro se. That action was voluntarily dismissed without prejudice. There was no adjudication on the merits, no settlement, and no recovery. Extent of Debtor's interest, if any, and any community-property or joint component with non-filing spouse William McNae remain undetermined. Claims are contingent, disputed, unliquidated, and value unknown.

2. **Michael Fitzgerald / SoftwareONE:** Potential tort and statutory claims, Debtor's interest if any, arising from alleged litigation conduct, enforcement activity, discovery-related conduct, and related post-judgment actions. Claims are contingent, disputed, unliquidated, and value unknown.

3. **Former Legal Counsel / ARAG-Funded Network Counsel:** Potential professional negligence, fiduciary-duty, billing-related, conflict-related, and related claims, Debtor's interest if any, arising from representation in Florida federal and state litigation, including litigation strategy, discovery, settlement-related conduct, fee practices, and conduct affecting Debtor's participation in proceedings and related interests of Debtor and non-filing spouse. Claims are contingent, disputed, unliquidated, and value unknown.

4. **Litigation Counsel and Related Third Parties:** Potential tort and statutory claims, Debtor's interest if any, arising from alleged litigation conduct, execution activity, retaliation, witness coordination, conspiracy, and related acts. Claims are contingent, disputed, unliquidated, and value unknown.

5. **Wrongful Execution / Garnishment:** Potential claims, Debtor's interest if any, arising from execution or garnishment activity affecting exempt, non-debtor, community-property, or non-filing-spouse interests. Claims are contingent, disputed, unliquidated, and value unknown.

6. **Tax Preparer / Return Preparation Claim:** Potential claim, Debtor's interest if any, arising from allegedly inaccurate tax return preparation and any resulting fees, penalties, amendment costs, or other damages. Claim is contingent, disputed, unliquidated, and value unknown.

**Disclosure Statement:** These disclosures are made for bankruptcy purposes only. Listing does not constitute an admission of liability, ownership, estate property status, waiver of defenses, or present valuation of any claim.

**8.4**

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe.......

$ _____ 0.00

41. **Inventory**

☑ No

☐ Yes. Describe.......

$ _____ 0.00

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe.......

Name of entity:                                    % of ownership:

_____  _____ %    $ _____ 0.00

_____  _____ %    $ _____ 0.00

_____  _____ %    $ _____ 0.00

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

   ☐ No

   ☐ Yes. Describe........

$ _____ 0.00

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information .........

_____    $ _____ 0.00

_____    $ _____

_____    $ _____

_____    $ _____ 0.00

_____    $ _____ 0.00

_____    $ _____ 0.00

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ....................................................................➔    $ _____ 0.00

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**

Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☑ No

☐ Yes .......................

$ _____ 0.00

48. **Crops—either growing or harvested**
   - ☑ No
   - ☐ Yes. Give specific information. ............

   $_____ 0.00

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
   - ☐ No
   - ☐ Yes ........................

   $_____ 0.00

50. **Farm and fishing supplies, chemicals, and feed**
   - ☑ No
   - ☐ Yes ........................

   $_____ 0.00

51. **Any farm- and commercial fishing-related property you did not already list**
   - ☑ No
   - ☐ Yes. Give specific information. ............

   $_____ 0.00

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................ ➔

   $_____ 0.00

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   - ☑ No
   - ☐ Yes. Give specific information. ............

   $_____ 0.00
   $_____ 0.00
   $_____ 0.00

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .............................. ➔

   $_____ 0.00

## Part 8:   List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ................................................................................................................... ➔   $_____ 0.00

56. **Part 2: Total vehicles, line 5**   $_____ 46,790.00

57. **Part 3: Total personal and household items, line 15**   $_____ 8,500.00

58. **Part 4: Total financial assets, line 36**   $_____ 24,528.49

59. **Part 5: Total business-related property, line 45**   $_____ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**   $_____ 0.00

61. **Part 7: Total other property not listed, line 54**   **+** $_____ 0.00

62. **Total personal property.** Add lines 56 through 61. ...................   $_____ 79,818.49   Copy personal property total ➔ **+** $_____ 79,818.49

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ...............................................................   $_____ 79,818.49

**Fill in this information to identify your case:**

Debtor 1      Ronda                    Delapina                    McNae
              First Name               Middle Name                 Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name                 Last Name

United States Bankruptcy Court for the: Western District of Washington

Case number    26-10051-CMA
(If known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household goods<br>Line from *Schedule A/B*: 6 | $ 3,500.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)<br>_____ |
| Brief description: Electronics<br>Line from *Schedule A/B*: 7 | $ _____ | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)<br>_____ |
| Brief description: Sports/Hobby equip<br>Line from *Schedule A/B*: 9 | $ _____ | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)<br>_____ |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☑ No
   - ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ☑ No
     - ☐ Yes

Case 26-10051-CMA    Doc 104    Filed 04/26/26    Ent. 04/27/26 09:34:44    Pg. 16 of 21

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Clothing<br>Line from Schedule A/B: 11 | $ _____ | ❏ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Pets<br>Line from Schedule A/B: 13 | $ _____ | ❏ $ 46,790.00<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Cash/Bank Acct<br>Line from Schedule A/B: 16-17 | $ 785.49 | ❏ _____ $ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Security Deposit<br>Line from Schedule A/B: 22 | $ 3,995.00 | ❏ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: 2025 Fed Tax Refund<br>Line from Schedule A/B: 28   Debtor's interest in 2025 joint federal income tax refund, including refundable credits | $ 19,748.00 | ❏ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: ARAG Legal Case<br>Line from Schedule A/B: 33   Page 8.1, Line 1 | $ _____ See Continuation page | ❏ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)<br>11 U.S.C. § 522(d)(11)(D) |
| Brief description: King County Civil RT<br>Line from Schedule A/B: 33   Page 8.1, Line 2 | $ _____ See Continuation page | ❏ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)<br>11 U.S.C. § 522(d)(11)(D) |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ❏ $ _____<br>❏ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ❏ $ _____<br>❏ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ❏ $ _____<br>❏ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ❏ $ _____<br>❏ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ❏ $ _____<br>❏ 100% of fair market value, up to any applicable statutory limit | _____ |

| Line from Schedule A/B | Property Claimed Exempt | Current Value | Amount Claimed Exempt | Specific Laws |
|---|---|---|---|---|
| 33 and 34. Page 8.1, Line 1 | **Debtor's interest only in ARAG action, Case No. 2:24-cv-00211-TL**, including insurance-benefit, bad-faith, CPA/IFCA, emotional distress, equitable, attorney-fee, enforcement-related, future defense-benefit, and related damages claims. Excludes co-plaintiff William McNae's independent non-debtor claims. | Unknown, contingent, disputed, and unliquidated. | 100% of fair market value, up to any applicable statutory limit. | 11 U.S.C. § 522(d)(5); 11 U.S.C. § 522(d)(11)(D) |
| 33 and 34. Page 8.1, Line 2 | **Debtor's interest only in King County civil-rights action, Case No. 2:25-cv-02710-JNW**, including constitutional, Fourth Amendment, ADA/Rehabilitation Act, privacy, personal injury, emotional distress/PTSD, statutory, nominal, punitive, declaratory, and related damages claims arising from the November 19, 2025 writ execution at Plaintiffs' home. Excludes co-plaintiff William McNae's independent non-debtor claims. | Unknown, contingent, disputed, and unliquidated. | 100% of fair market value, up to any applicable statutory limit. | 11 U.S.C. § 522(d)(5); 11 U.S.C. § 522(d)(11)(D) |

**Reservation:** Debtor claims exemptions only in Debtor's own interest. No exemption is claimed in any non-debtor or co-plaintiff interest.

**3 of 3**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Ronda | Delapina | McNae |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Washington

Case number  26-10051-CMA
(If known)

☑ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:   Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* ................................................... | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*......................................... | $ 79,818.49 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* .................................................. | $ 79,818.49 |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ | $ 114,228.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*........................................... | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ...................................... | + $ 4,635,173.33 |
| **Your total liabilities** | $ 4,749,401.33 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* ....................................................................... | $ 5,777.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* ........................................................................... | $ 11,483.83 |

Case 26-10051-CMA   Doc 104   Filed 04/26/26   Ent. 04/27/26 09:34:44   Pg. 19 of 21

Debtor 1    Ronda      Delapina      McNae       Case number *(if known)* 26-10051-CMA

First Name      Middle Name      Last Name

## Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____17,385.00_

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** |  |
| 9a. Domestic support obligations (Copy line 6a.) | $_____0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____0.00 |
| 9d. Student loans. (Copy line 6f.) | $_____0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** $_____0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $_____0.00 |

Case 26-10051-CMA    Doc 104    Filed 04/26/26    Ent. 04/27/26 09:34:44    Pg. 20 of 21

**Fill in this information to identify your case:**

Debtor 1    Ronda      Delapina      McNae
            First Name       Middle Name       Last Name

Debtor 2   _____
(Spouse, if filing) First Name       Middle Name       Last Name

United States Bankruptcy Court for the: Western District of Washington

Case number   26-10051-CMA
(If known)

☑ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.    Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ _____       ✗ _____
Signature of Debtor 1                 Signature of Debtor 2

Date 04/26/2026             Date _____
     MM / DD / YYYY                  MM / DD / YYYY