

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re | Chapter 7 |
|---|---|
| Ronda Delapina McNae, | Case No. 26-10051 |
| | ORDER ON EMERGENCY MOTION FOR STAY PENDING APPEAL PURSUANT TO FED. R. BANKR. P. 8007 |
| Debtor. | |

This matter came before the Court on the Debtor's Emergency Motion for Stay Pending Appeal Pursuant to Fed. R. Bankr. P. 8007 (the "Motion") [ECF No. 118]. The Court held a hearing on the Motion on May 7, 2026, at which it made findings of fact and conclusions of law incorporated by this reference. Now, therefore it is hereby

ORDERED that the Motion is DENIED.

///END OF ORDER///

Order - 1