UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

RONDA MCNAE,

Debtor.

Case No. 26-10051- CMA

TRUSTEE'S BRIEF RESPONSE TO
MOTION FOR RELIEF FROM STAY

MICHAEL KLEIN, the Chapter 7 Trustee herein, by and through his undersigned counsel, responds to the Motion for Relief from Stay filed by Michael Fitzgerald as set forth below.

1. The Trustee believes that there are § 362(h) issues involved in this case which likely turn on whether Mr. Fitzgerald held a secured claim on the Petition Date.

2. The Trustee takes no position on whether the RFS motion should be granted but wants to make clear that he is not waiving any rights relating to ownership of, or interests in the assets involved in the Motion for Relief from Stay.

MOEWES LAW, P.S.

/s/ Denice E. Moewes
Denice E. Moewes, WSB #19464
Attorney for Chapter 7 Trustee
Michael Klein