Entered on Docket June 4, 2026

**Below is the Order of the Court.**



**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Chapter 7 |
| Ronda Delapina McNae, | Case No. 26-10051 |
| | ORDER ON MOTION FOR RELIEF FROM STAY |
| Debtor. | |

This matter came before the Court on Michael Fitzgerald's Motion for Relief from Stay (the "Motion") [ECF No. 136]. The Court held a hearing on the Motion on June 4, 2026, at which it made findings of fact and conclusions of law incorporated by this reference. Now, therefore, it is hereby ORDERED as follows:

1. Mr. Fitzgerald is granted relief from the stay imposed by 11 U.S.C. § 362(a) (the "Automatic Stay") for the purpose of taking any steps necessary to complete a pre-petition personal property execution for a sale (the "Execution Sale") conducted by the King County

Order - 1

Sheriff on January 7, 2026 pursuant to a writ of execution issued in King County Superior Court Case No. 25-2-19105-2 SEA;

2.      Mr. Fitzgerald is further granted relief from the Automatic Stay to the extent necessary to intervene or protect its interest after completion of the Execution Sale;

3.      Mr. Fitzgerald's request to waive the stay of order ordinarily applicable to orders granting relief from the Automatic Stay pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(4) is DENIED, the effectiveness of this order is stayed by Federal Rule of Bankruptcy Procedure 4001(a)(4), and Mr. Fitzgerald, the Debtor, the Debtor's non-filing spouse, and any other parties interested in the Execution Sale are prohibited from taking any action in connection with the Execution Sale for fourteen (14) days from the entry of this order; and

4.      This order shall be binding in the event the above captioned case is converted to a proceeding under a different chapter of the Bankruptcy Code.

///END OF ORDER///

Order - 2