June 22, 2026

*In re Ronda Delapina McNae - Case No. 26-10051-CMA.*

**FILED - WAWB**
**JUN 22 2026 1:17 PM**
**Sarah E. Bogosian, Clerk of Court**

**The Honorable Christopher M. Alston**
United States Bankruptcy Judge
United States Bankruptcy Court
Western District of Washington

**Re: Request for Telephonic Appearance — Hearing of June 25, 2026**

Dear Judge Alston:

Debtor Ronda McNae, appearing pro se, respectfully submits this correspondence for filing on the Court's docket and hereby requests leave to appear telephonically at the hearing scheduled for June 25, 2026 at 9:30AM.

Earlier today, Debtor was evaluated by a licensed physician and received a diagnosis of a medical condition that is presently causing significant pain and substantially limiting her mobility. Debtor is currently undergoing treatment pursuant to her physician's recommendations. In light of these circumstances, Debtor respectfully requests that the Court grant permission to participate in the June 25, 2026 hearing by telephone.

Debtor will comply with all telephonic appearance procedures and protocols established by this Court and will be available at the designated call-in number at least fifteen (15) minutes prior to the scheduled hearing time.

Debtor respectfully requests that the Court grant this request and thanks the Court for its consideration of this matter.

Respectfully submitted,

/s/ Ronda McNae

Debtor, Pro Se

---

*Certificate of Service: A copy of this letter will be served upon all parties of record via the Court's electronic filing system or by first-class mail, as applicable.*