# UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

Jasmine Salguero
Law Clerk to Christopher M Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370–5330

June 23, 2026

Ronda Delapina McNae
504 11th Pl
Kirkland, WA 98133

Re: **Ronda Delapina McNae; Bankruptcy No. 26–10051–CMA**

Dear Ms. McNae:

The Court received your letter filed on June 22, 2026, (ECF No. 192), requesting that you be allowed to appear by telephone for the hearing set for June 25, 2026, at 9:30 a.m. in the above referenced proceeding. The purpose of this letter is to inform you that Judge Alston has granted your request. You must use the bridge line provided by the Court to participate in the hearing.

- Dial: 1–855–244–8681
- Enter Meeting Number: 2305 485 6288#
- Press # when asked to enter the Attendee ID
- Be prepared to provide your First and Last name after joining the call

DO NOT put your phone on hold at any time after your call is connected. Please note that Judicial Conference policy does not allow bankruptcy court proceedings to be broadcast or recorded for the purpose of public dissemination. JCUS–Sep 94, pp. 46–47. By your voluntary participation in the hearing by telephone you certify that you are not recording the proceedings.

Please do not hesitate to contact our chambers should you have any questions.

Sincerely,

/s/ Jasmine Salguero

Jasmine Salguero
Law Clerk to the Honorable Christopher M Alston

Case 26-10051-CMA   Doc 194   Filed 06/23/26   Ent. 06/23/26 09:28:17   Pg. 1 of 1