Form apedef (02/2025)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:     Ronda Delapina McNae
           Debtor(s).

Case No.: 26–10051–CMA
Chapter: 7
USDC Number: 26–1586JCC
BAP Number:
Internal Appeal Number: 26–W007

## NOTICE OF DEFICIENT APPEAL

**To: U.S. District Court**

Record transmission date: **June 10, 2026**.

The U.S. Bankruptcy Court for the Western District of Washington is unable to certify that the record is complete for the purposes of appeal for the reasons listed below:

☐ Filing Fee not paid.

☑ Appellant Designation of Record not filed.

☑ Appellant Statement of Issues not filed.

☑ Certification of No Transcript Ordered not filed.

☐ Requested Transcript not filed:

   **Transcriber Name:**
   **Transcript Due Date:**
   **Transcript/Hearing date(s):**
   **New deadline granted to Transcriber:**

☐ Other:

**Bankruptcy Clerk's Office Contact Information:**

   Clerk's Office Phone Number: 206–370–5200
   U.S. Bankruptcy Court
   Western District of Washington
   District No: 0981, Office No: **2**

DATED: June 25, 2026

Sarah E. Bogosian
Clerk, U.S. Bankruptcy Court

Case 26-10051-CMA   Doc 197   Filed 06/25/26   Ent. 06/25/26 13:18:43   Pg. 1 of 1